1   TERREE A. BOWERS (SBN 89334)
    terree.bowers@arentfox.com
2   COLLIN SEALS (SBN 249534)
    collin.seals@arentfox.com
3   RACHEL L. FISET (SBN 240828)
    Rachel.fiset@arentfox.com
4   ADAM W. BENTLEY (SBN 269504)
    adam.bentley@arentfox.com
5   **ARENT FOX LLP**
    555 West Fifth Street, 48th Floor
6   Los Angeles, CA  90013-1065
    Telephone:  213.629.7400
7   Facsimile:   213.629.7401

8   Attorneys for Defendants
    City of Victorville and Southern California
9   Logistics Airport Authority

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12                   WESTERN DIVISION

13

14  SECURITIES AND EXCHANGE            Case No.  13-cv-0776 JAK (DTBx)
    COMMISSION,
15                                     **DEFENDANTS CITY OF
                  Plaintiff,           VICTORVILLE AND SOUTHERN
16                                     CALIFORNIA LOGISTICS
    v.                                 AIRPORT AUTHORITY'S
17                                     ANSWER TO FIRST AMENDED
    CITY OF VICTORVILLE, et al.,       COMPLAINT**
18
                  Defendants,
19

20

21

22

23

24

25

26

27

28

CASE NO. 13-cv-0776 JAK (DTBX)                    DEFENDANTS CITY AND AUTHORITY'S
                                                 ANSWER TO FIRST AMENDED COMPLAINT
AFDOCS/11043365.2

## ANSWER

Defendants City of Victorville (the "City") and Southern California Logistics Airport Authority (the "Authority") (collectively, "Defendants"), in responding to the unverified First Amended Complaint of the Securities and Exchange Commission ("SEC"), hereby admit, deny, and allege the following:

1. In response to the allegations contained in Paragraph 1 of the FAC, Defendants deny the allegations in the first sentence, and admit the allegations in the second and third sentence.

2. In response to the allegations contained in Paragraph 2 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

3. In response to the allegations contained in Paragraph 3 of the FAC, Defendants deny the allegations in the first sentence.  As all remaining allegations, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

4. In response to the allegations contained in Paragraph 4 of the FAC, Defendants admit the allegations in the first and second sentences, but denies the phrase "in an effort to escape from this financial constraint." As to the remaining allegations, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

5. In response to the allegations contained in Paragraph 5 of the FAC, Defendants deny the allegations in the first sentence.  Defendants admit that Metzler is the "Director of Economic Development for the City."  As to all other remaining allegations, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

///

///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)
AFDOCS/11043365.2

- 1 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

6.      In response to the allegations contained in Paragraph 6 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

7.      In response to the allegations contained in Paragraph 7 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

8.      In response to the allegations contained in Paragraph 8 of the FAC, Defendants deny such allegations regarding the City and the Authority.  As to all other remaining allegations related to other defendants, are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

9.      In response to the allegations contained in Paragraph 9 of the FAC, Defendants admit such allegations.

10.     In response to the allegations contained in Paragraph 10 of the FAC, Defendants admit such allegations.

11.     In response to the allegations contained in Paragraph 11 of the FAC, Defendants deny that "violations of federal securities laws occurred within this district."  As to all other remaining allegations, Defendants admit such allegations.

12.     In response to the allegations contained in Paragraph 12 of the FAC, Defendants admit the allegations in the first three sentences thereof.  As to all other remaining allegations, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

13.     In response to the allegations contained in Paragraph 13 of the FAC, Defendants deny that "the City's administrative staff serves as the Authority's administrative staff."  As to all other remaining allegations in the first, second, and third sentences, Defendants admit such allegations.  As to all other remaining allegations, Defendants are without sufficient knowledge or information to enable

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)
AFDOCS/11043365.2

- 2 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

an admission or denial of the allegations, and on that basis deny such allegations.

14.     In response to the allegations contained in Paragraph 14 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

15.     In response to the allegations contained in Paragraph 15 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

16.     In response to the allegations contained in Paragraph 16 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

17.     In response to the allegations contained in Paragraph 17 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

18.     In response to the allegations contained in Paragraph 18 of the FAC, Defendants deny that Mr. Metzler is 37 years of age and further deny the allegations contained in the last sentence of Paragraph 18.  As to all other remaining allegations, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

19.     In response to the allegations contained in Paragraph 19 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

20.     In response to the allegations contained in Paragraph 20 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

21.     In response to the allegations contained in Paragraph 21 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.  As to the third sentence, Defendants deny that the Victor Valley Economic Development

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)          - 3 -          DEFENDANTS CITY AND AUTHORITY'S
AFDOCS/11043365.2                                      ANSWER TO FIRST AMENDED COMPLAINT

1    Authority "delegated all of its redevelopment powers to the Authority," and as to

2    the remaining allegations, Defendants are without sufficient knowledge or

3    information to enable an admission or denial of the allegations, and on that basis

4    deny such allegations.

5         22.    In response to the allegations contained in Paragraph 22 of the FAC,

6    Defendants are without sufficient knowledge or information to enable an admission

7    or denial of the allegations, and on that basis deny such allegations.

8         23.    In response to the allegations contained in Paragraph 23 of the FAC,

9    Defendants are without sufficient knowledge or information to enable an admission

10   or denial of the allegations, and on that basis deny such allegations.

11        24.    In response to the allegations contained in Paragraph 24 of the FAC,

12   Defendants are without sufficient knowledge or information to enable an admission

13   or denial of the allegations, and on that basis deny such allegations.

14        25.    In response to the allegations contained in Paragraph 25 of the FAC,

15   Defendants are without sufficient knowledge or information to enable an admission

16   or denial of the allegations, and on that basis deny such allegations.

17        26.    In response to the allegations contained in Paragraph 26 of the FAC,

18   Defendants are without sufficient knowledge or information to enable an admission

19   or denial of the allegations, and on that basis deny such allegations.

20        27.    In response to the allegations contained in Paragraph 27 of the FAC,

21   Defendants are without sufficient knowledge or information to enable an admission

22   or denial of the allegations, and on that basis deny such allegations.

23        28.    In response to the allegations contained in Paragraph 28 of the FAC,

24   Defendants are without sufficient knowledge or information to enable an admission

25   or denial of the allegations, and on that basis deny such allegations.

26        29.    In response to the allegations contained in Paragraph 29 of the FAC,

27   Defendants deny such allegations.

28   ///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)                    - 4 -           DEFENDANTS CITY AND AUTHORITY'S
AFDOCS/11043365.2                                                ANSWER TO FIRST AMENDED COMPLAINT

30.     In response to the allegations contained in the first sentence of Paragraph 30 of the FAC, Defendants deny such allegations.  As to all other remaining allegations, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

31.     In response to the allegations contained in Paragraph 31 of the FAC, Defendants admit such allegations.

32.     In response to the allegations contained in Paragraph 32 of the FAC, Defendants admit the allegations in the first sentence.  As to the remaining allegations, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

33.     In response to the allegations contained in Paragraph 33 of the FAC, Defendants admit such allegations in the first and second sentence.  Regarding the remaining allegations, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

34.     In response to the allegations contained in Paragraph 34 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

35.     In response to the allegations contained in Paragraph 35 of the FAC, Defendants admit that the county assessor is "responsible for determining the value of property in the county for tax purposes," but deny that it is a "municipal official."  As to all remaining allegations, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

36.     In response to the allegations contained in Paragraph 36 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)
AFDOCS/11043365.2

- 5 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

37.     In response to the allegations contained in Paragraph 37 of the FAC, Defendants deny the second sentence.  As to the other allegations, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

38.     In response to the allegations contained in Paragraph 38 of the FAC, Defendants aver that the contents of the documents referenced in this paragraph speak for themselves, refer to the documents for their contents, and denies any characterization inconsistent with their terms.  Regarding the last sentence, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

39.     In response to the allegations contained in Paragraph 39 of the FAC, Defendants deny the allegations in the first sentence.  As to the allegations of the second sentence, Defendants admit such allegations.

40.     In response to the allegations contained in Paragraph 40 of the FAC, as to the first sentence, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.  As to the remaining sentences, Defendants admit such allegations.

41.     In response to the allegations contained in Paragraph 41 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

42.     In response to the allegations contained in Paragraph 42 of the FAC, Defendants deny such allegations.

43.     In response to the allegations contained in Paragraph 43 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

44.     In response to the allegations contained in Paragraph 44 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)                - 6 -                DEFENDANTS CITY AND AUTHORITY'S
AFDOCS/11043365.2                                              ANSWER TO FIRST AMENDED COMPLAINT

45.     In response to the allegations contained in Paragraph 45 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

46.     In response to the allegations contained in Paragraph 46 of the FAC, Defendants deny the allegations in the first sentence.  As to the remainder allegations, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

47.     In response to the allegations contained in Paragraph 47 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

48.     In response to the allegations contained in first two sentences of Paragraph 48 of the FAC, Defendants admit such allegations.  As to the allegations contained in final sentence of this Paragraph, Defendants deny such allegations.  As to all other remaining allegations, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

49.     In response to the allegations contained in Paragraph 49 of the FAC, Defendants admit the allegations in the first sentence that "the Bank required the Authority to enter into a forward bond purchase agreement."  As to the documents referenced in this Paragraph, Defendants aver that the contents of the documents referenced in this paragraph speak for themselves, refer to the documents for their contents, and denies any characterization inconsistent with their terms.

50.     In response to the allegations contained in Paragraph 50 of the FAC, Defendants deny the allegations in the first sentence.  Defendants admit the allegations in the second sentence.

51.     In response to the allegations contained in Paragraph 51 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)          - 7 -          DEFENDANTS CITY AND AUTHORITY'S
AFDOCS/11043365.2                                      ANSWER TO FIRST AMENDED COMPLAINT

52.     In response to the allegations contained in Paragraph 52 of the FAC, Defendants admit the allegations in the second sentence.  As to all other allegations in this Paragraph, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

53.     In response to the allegations contained in Paragraph 53 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

54.     In response to the allegations contained in Paragraph 54 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

55.     In response to the allegations contained in Paragraph 55 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

56.     In response to the allegations contained in Paragraph 56 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

57.     In response to the allegations contained in Paragraph 57 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

58.     In response to the allegations contained in Paragraph 58 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

59.     In response to the allegations contained in Paragraph 59 of the FAC, in regard to the first sentence, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.  As to the remaining allegations, Defendants aver that the contents of the documents referenced in this paragraph speak for themselves, refer

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

AFDOCS/11043365.2

CASE NO. 13-cv-0776 JAK (DTBX)           - 8 -           DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

to the documents for their contents, and denies any characterization inconsistent with their terms.

60.    In response to the allegations contained in Paragraph 60 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

61.    In response to the allegations contained in Paragraph 61 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

62.    In response to the allegations contained in Paragraph 62 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

63.    In response to the allegations contained in Paragraph 63 of the FAC, Defendants admit such allegations.

64.    In response to the allegations contained in Paragraph 64 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

65.    In response to the allegations contained in Paragraph 65 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations of the last sentence, and on that basis deny such allegations.

66.    In response to the allegations contained in Paragraph 66 of the FAC, Defendants aver that the contents of the documents referenced in this paragraph speak for themselves, refer to the documents for their contents, and denies any characterization inconsistent with their terms.

67.    In response to the allegations contained in Paragraph 67 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

68.    In response to the allegations contained in Paragraph 68 of the FAC,

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)          - 9 -          DEFENDANTS CITY AND AUTHORITY'S
AFDOCS/11043365.2                                      ANSWER TO FIRST AMENDED COMPLAINT

1  Defendants are without sufficient knowledge or information to enable an admission
2  or denial of the allegations, and on that basis deny such allegations.

3       69.     In response to the allegations contained in Paragraph 69 of the FAC,
4  Defendants are without sufficient knowledge or information to enable an admission
5  or denial of the allegations, and on that basis deny such allegations.

6       70.     In response to the allegations contained in Paragraph 70 of the FAC,
7  Defendants aver that the documents referenced in this paragraph speak for
8  themselves, refer to the documents for their contents, and deny any characterization
9  inconsistent with their terms.  Defendants deny the allegations in the last sentence
10 of this paragraph.  As to the remaining allegations contained in this paragraph,
11 Defendants are without sufficient knowledge or information to enable an admission
12 or denial of the allegations, and on that basis deny such allegations.

13      71.     In response to the allegations contained in Paragraph 71 of the FAC,
14 Defendants aver that the documents referenced in this paragraph speak for
15 themselves, refer to the documents for their contents, and deny any characterization
16 inconsistent with their terms.  Defendants deny the allegation that Mr. Metzler
17 knew as of April 14, 2008 that the Assessor had valued the Hangars at less than $28
18 million.  As to the remaining allegations contained in this paragraph, Defendants
19 are without sufficient knowledge or information to enable an admission or denial of
20 the allegations, and on that basis deny such allegations.

21      72.     In response to the allegations contained in Paragraph 72 of the FAC,
22 Defendants aver that the documents referenced in this paragraph speak for
23 themselves, refer to the documents for their contents, and deny any characterization
24 inconsistent with their terms.  As to the remaining allegations contained in this
25 paragraph, Defendants are without sufficient knowledge or information to enable an
26 admission or denial of the allegations, and on that basis deny such allegations.

27      73.     In response to the allegations contained in Paragraph 73 of the FAC,
28 Defendants admit that Mr. Metzler's assistant sent an email to disclosure counsel

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)
AFDOCS/11043365.2

- 10 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

on April 15, 2008, attaching revisions to a draft Preliminary Official Statement. Defendants further aver that the documents referenced in this paragraph speak for themselves, refer to the documents for their contents, and deny any characterization inconsistent with their terms.  As to the remaining allegations contained in this paragraph, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

74.   In response to the allegations contained in Paragraph 74 of the FAC, Defendants aver that the documents referenced in this paragraph speak for themselves, refer to the documents for their contents, and deny any characterization inconsistent with their terms.  As to the remaining allegations contained in this paragraph, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

75.   In response to the allegations contained in Paragraph 75 of the FAC, Defendants admit that on April 15, 2008, Mr. Metzler sent an email to Ms. Williams, Disclosure Counsel, and others.  As to the emails themselves, Defendants aver that they speak for themselves, refer to the emails for their contents, and deny any characterization inconsistent with their terms.  As to the remaining allegations contained in this paragraph, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

76.   In response to the allegations contained in Paragraph 76 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

77.   In response to the allegations contained in Paragraph 77 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

78.   In response to the allegations contained in Paragraph 78 of the FAC, Defendants are without sufficient knowledge or information to enable an admission

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)
AFDOCS/11043365.2

- 11 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

or denial of the allegations, and on that basis deny such allegations.

79.    In response to the allegations contained in Paragraph 79 of the FAC, Defendants admit that Mr. Metzler sent an email to Disclosure Counsel on April 16, 2008.  As to the allegations regarding the contents of that email, Defendants aver that it speaks for itself, refer to the email for its contents, and deny any characterization inconsistent with its terms.  As to all remaining allegation in this paragraph, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

80.    Defendants aver that the documents referenced in paragraph 80 speak for themselves, refer to the documents for their contents, and deny any characterization inconsistent with their terms.  As to all remaining allegation in this paragraph, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

81.    Defendants aver that the documents referenced in paragraph 80 speak for themselves, refer to the documents for their contents, and deny any characterization inconsistent with their terms.  As to all remaining allegation in this paragraph, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

82.    In response to the allegations contained in Paragraph 82 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

83.    In response to the allegations contained in Paragraph 83 of the FAC, Defendants deny such allegations.

84.    In response to the allegations contained in Paragraph 84 of the FAC, Defendants aver that the contents of the documents referenced in this paragraph speak for themselves, refer to the documents for their contents, and denies any characterization inconsistent with their terms.

85.    In response to the allegations contained in Paragraph 85 of the FAC,

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)
AFDOCS/11043365.2

- 12 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

1  Defendants admit that KND prepared the Debt Service Schedule.  As to all
2  remaining allegations, Defendants are without sufficient knowledge or information
3  to enable an admission or denial of the allegations, and on that basis deny such
4  allegations.

5       86.    In response to the allegations contained in Paragraph 86 of the FAC,
6  Defendants deny such allegations.

7       87.    In response to the allegations contained in Paragraph 87 of the FAC,
8  Defendants are without sufficient knowledge or information to enable an admission
9  or denial of the allegations, and on that basis deny such allegations.

10       88.    In response to the allegations contained in Paragraph 88 of the FAC,
11  Defendants deny such allegations.

12       89.    In response to the allegations contained in Paragraph 89 of the FAC,
13  Defendants deny such allegations.

14       90.    In response to the allegations contained in Paragraph 90 of the FAC,
15  Defendants deny the allegations in the first sentence.  Defendants further deny the
16  allegation that "if the 1.25 annual debt service ratio was not met, the bonds would
17  not have issued."  As to all remaining allegations, Defendants are without sufficient
18  knowledge or information to enable an admission or denial of the allegations, and
19  on that basis deny such allegations.

20       91.    In response to the allegations contained in Paragraph 91 of the FAC,
21  Defendants are without sufficient knowledge or information to enable an admission
22  or denial of the allegations, and on that basis deny such allegations.

23       92.    In response to the allegations contained in Paragraph 92 of the FAC,
24  Defendants deny such allegations.

25       93.    In response to the allegations contained in Paragraph 93 of the FAC,
26  Defendants deny such allegations.

27       94.    In response to the allegations contained in Paragraph 94of the FAC,
28  Defendants deny such allegations.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)    - 13 -    DEFENDANTS CITY AND AUTHORITY'S
AFDOCS/11043365.2    ANSWER TO FIRST AMENDED COMPLAINT

95.     In response to the allegations contained in Paragraph 95 of the FAC, Defendants admit that Mr. Metzler served as the City's Director of Economic Development during portions of the relevant time period alleged by the SEC. Defendants further admit that Mr. Metzler assisted as requested with certain discrete tasks relating to the issuance of a small number of the Authority's bond offerings.  Defendants deny the remaining allegations in paragraph 95.

96.     In response to the allegations contained in Paragraph 96 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

97.     In response to the allegations contained in Paragraph 97 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

98.     In response to the allegations contained in Paragraph 98 of the FAC, Defendants admit that Mr. Metzler received drafts of certain of the Authority's preliminary official statements, including for the April 2008 Bonds, and that he reviewed and commented on discrete, selected portions of certain of those drafts. Defendants also admit that Mr. Metzler worked with the underwriter, KND, to draft limited, discrete sections of certain Official Statements, including certain sections relating to the Authority's redevelopment projects.  Defendants further admit that in the event Mr. Metzler saw and recognized something that he believed was facially inaccurate in a draft Preliminary Official Statement or draft Official Statement, he would seek to change it.  Defendants deny the remaining allegations in paragraph 98.

99.     In response to the allegations contained in Paragraph 99 of the FAC, Defendants admit, per the allegations in the second sentence of that paragraph, that Mr. Metzler communicated with ratings agencies on occasion.  Defendants are without sufficient knowledge or information to enable an admission or denial of the remainder of the allegations, and on that basis deny such allegations.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)
AFDOCS/11043365.2

- 14 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

100.   In response to the allegations contained in Paragraph 100 of the FAC, Defendants deny such allegations.

101.   In response to the allegations contained in Paragraph 101 of the FAC, Defendants deny such allegations.

102.   In response to the allegations contained in Paragraph 102 of the FAC, Defendants deny such allegations.

103.   In response to the allegations contained in Paragraph 103 of the FAC, Defendants deny such allegations.

104.   In response to the allegations contained in Paragraph 104 of the FAC, Defendants admit that Mr. Metzler was an employee of the City and that he reported to the City Manager.  As to the remainder of the allegations contained in Paragraph 104, Defendants deny such allegations.

105.   In response to the allegations contained in Paragraph 105 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

106.   In response to the allegations contained in Paragraph 106 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

107.   In response to the allegations contained in Paragraph 107 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

108.   In response to the allegations contained in Paragraph 108 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

109.   In response to the allegations contained in Paragraph 109 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)
AFDOCS/11043365.2

- 15 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

110. In response to the allegations contained in Paragraph 110 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

111. In response to the allegations contained in Paragraph 111 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

112. In response to the allegations contained in Paragraph 112 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

113. In response to the allegations contained in Paragraph 113 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

114. In response to the allegations contained in Paragraph 114 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

115. In response to the allegations contained in Paragraph 115 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

116. In response to the allegations contained in Paragraph 116 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

117. In response to the allegations contained in Paragraph 117 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

118. In response to the allegations contained in Paragraph 118 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)          - 16 -          DEFENDANTS CITY AND AUTHORITY'S
AFDOCS/11043365.2                                       ANSWER TO FIRST AMENDED COMPLAINT

119.   In response to the allegations contained in Paragraph 119 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

120.   In response to the allegations contained in Paragraph 120 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

121.   In response to the allegations contained in Paragraph 121 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

122.   In response to the allegations contained in Paragraph 122 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

123.   In response to the allegations contained in Paragraph 123 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

124.   In response to the allegations contained in Paragraph 124 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

125.   In response to the allegations contained in Paragraph 125 of the FAC, Defendants  are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

126.   In response to the allegations contained in Paragraph 126 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

127.   In response to the allegations contained in Paragraph 127 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)

- 17 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

AFDOCS/11043365.2

128.   In response to the allegations contained in Paragraph 128 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

129.   In response to the allegations contained in Paragraph 129 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

130.   In response to the allegations contained in Paragraph 130 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

131.   In response to the allegations contained in Paragraph 131 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

132.   In response to the allegations contained in Paragraph 132 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

133.   In response to the allegations contained in Paragraph 133 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

134.   In response to the allegations contained in Paragraph 134 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

135.   In response to the allegations contained in Paragraph 135 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

136.   In response to the allegations contained in Paragraph 136 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)

AFDOCS/11043365.2

- 18 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

137.   In response to the allegations contained in Paragraph 137 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

138.   In response to the allegations contained in Paragraph 138 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

139.   In response to the allegations contained in Paragraph 139 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

140.   In response to the allegations contained in Paragraph 140 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

141.   In response to the allegations contained in Paragraph 141 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

142.   In response to the allegations contained in Paragraph 142 of the FAC, Defendants reincorporate by reference their answers to Paragraphs 1 through 121 above.

143.   In response to the allegations contained in Paragraph 143 of the FAC, Defendants deny such allegations.

144.   In response to the allegations contained in Paragraph 144 of the FAC, Defendants deny such allegations.

145.   In response to the allegations contained in Paragraph 145 of the FAC, Defendants deny such allegations.

146.   In response to the allegations contained in Paragraph 146 of the FAC, Defendants incorporate herein their responses to Paragraphs 1 through 121 above.

147.   In response to the allegations contained in Paragraph 147 of the FAC, Defendants deny such allegations.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)          - 19 -          DEFENDANTS CITY AND AUTHORITY'S
AFDOCS/11043365.2                                        ANSWER TO FIRST AMENDED COMPLAINT

148.   In response to the allegations contained in Paragraph 148 of the FAC, Defendants deny such allegations.

149.   In response to the allegations contained in Paragraph 149 of the FAC, Defendants deny such allegations.

150.   In response to the allegations contained in Paragraph 150 of the FAC, Defendants incorporate herein their responses to Paragraphs 1 through 121 above.

151.   In response to the allegations contained in Paragraph 151 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

152.   In response to the allegations contained in Paragraph 152 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

153.   In response to the allegations contained in Paragraph 153 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

154.   In response to the allegations contained in Paragraph 154 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

155.   In response to the allegations contained in Paragraph 155 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

156.   In response to the allegations contained in Paragraph 156 of the FAC, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

157.   In response to the allegations contained in Paragraph 157 of the FAC, incorporate herein their responses to Paragraphs 1 through 121 above.

158.   In response to the allegations contained in Paragraph 158 of the FAC, Defendants are without sufficient knowledge or information to enable an admission

Arent Fox LLP
Attorneys At Law
Los Angeles

CASE NO. 13-cv-0776 JAK (DTBX)
AFDOCS/11043365.2

- 20 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

1    or denial of the allegations, and on that basis deny such allegations.

2         159.   In response to the allegations contained in Paragraph 159 of the FAC,

3    Defendants are without sufficient knowledge or information to enable an admission

4    or denial of the allegations, and on that basis deny such allegations.

5         160.   In response to the allegations contained in Paragraph 160 of the FAC,

6    Defendants are without sufficient knowledge or information to enable an admission

7    or denial of the allegations, and on that basis deny such allegations.

8         161.   In response to the allegations contained in Paragraph 161 of the FAC,

9    Defendants are without sufficient knowledge or information to enable an admission

10   or denial of the allegations, and on that basis deny such allegations.

11        162.   In response to the allegations contained in Paragraph 162 of the FAC,

12   Defendants are without sufficient knowledge or information to enable an admission

13   or denial of the allegations, and on that basis deny such allegations.

14        163.   In response to the allegations contained in Paragraph 163 of the FAC,

15   Defendants are without sufficient knowledge or information to enable an admission

16   or denial of the allegations, and on that basis deny such allegations.

17        164.   In response to the allegations contained in Paragraph 164 of the FAC,

18   Defendants incorporate herein their responses to Paragraphs 1 through 121 above.

19        165.   In response to the allegations contained in Paragraph 165 of the FAC,

20   Defendants are without sufficient knowledge or information to enable an admission

21   or denial of the allegations, and on that basis deny such allegations.

22        166.   In response to the allegations contained in Paragraph 166 of the FAC,

23   Defendants are without sufficient knowledge or information to enable an admission

24   or denial of the allegations, and on that basis deny such allegations.

25        167.   In response to the allegations contained in Paragraph 167 of the FAC,

26   Defendants are without sufficient knowledge or information to enable an admission

27   or denial of the allegations, and on that basis deny such allegations.

28        168.   In response to the allegations contained in Paragraph 168 of the FAC,

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)
AFDOCS/11043365.2

- 21 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

1   Defendants incorporate herein their responses to Paragraphs 1 through 121 above.

2        169.   In response to the allegations contained in Paragraph 169 of the FAC,

3   Defendants are without sufficient knowledge or information to enable an admission

4   or denial of the allegations, and on that basis deny such allegations.

5        170.   In response to the allegations contained in Paragraph 170 of the FAC,

6   Defendants are without sufficient knowledge or information to enable an admission

7   or denial of the allegations, and on that basis deny such allegations.

8        171.   In response to the allegations contained in Paragraph 171 of the FAC,

9   Defendants are without sufficient knowledge or information to enable an admission

10  or denial of the allegations, and on that basis deny such allegations.

11       172.   In response to the allegations contained in Paragraph 172 of the FAC,

12  Defendants incorporate herein their responses to Paragraphs 1 through 121 above.

13       173.   In response to the allegations contained in Paragraph 173 of the FAC,

14  Defendants deny such allegations.

15       174.   In response to the allegations contained in Paragraph 174 of the FAC,

16  Defendants deny such allegations.

17       175.   In response to the allegations contained in Paragraph 175 of the FAC,

18  Defendants are without sufficient knowledge or information to enable an admission

19  or denial of the allegations, and on that basis deny such allegations.

20       176.   In response to the allegations contained in Paragraph 176 of the FAC,

21  Defendants are without sufficient knowledge or information to enable an admission

22  or denial of the allegations, and on that basis deny such allegations.

23       177.   In response to the allegations contained in Paragraph 177 of the FAC,

24  Defendants deny such allegations.

25       178.   In response to the allegations contained in Paragraph 178 of the FAC,

26  Defendants incorporate herein their responses to Paragraphs 1 through 121 above.

27       179.   In response to the allegations contained in Paragraph 179 of the FAC,

28  Defendants are without sufficient knowledge or information to enable an admission

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)
AFDOCS/11043365.2

- 22 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

1   or denial of the allegations, and on that basis deny such allegations.

2       180.   In response to the allegations contained in Paragraph 180 of the FAC,

3   Defendants are without sufficient knowledge or information to enable an admission

4   or denial of the allegations, and on that basis deny such allegations.

5       181.   In response to the allegations contained in Paragraph 181 of the FAC,

6   Defendants are without sufficient knowledge or information to enable an admission

7   or denial of the allegations, and on that basis deny such allegations.

8       182.   In response to the allegations contained in Paragraph 182 of the FAC,

9   Defendants incorporate herein their responses to Paragraphs 1 through 121 above.

10      183.   In response to the allegations contained in Paragraph 183 of the FAC,

11  Defendants are without sufficient knowledge or information to enable an admission

12  or denial of the allegations, and on that basis deny such allegations.

13      184.   In response to the allegations contained in Paragraph 184 of the FAC,

14  Defendants are without sufficient knowledge or information to enable an admission

15  or denial of the allegations, and on that basis deny such allegations.

16      185.   In response to the allegations contained in Paragraph 185 of the FAC,

17  Defendants are without sufficient knowledge or information to enable an admission

18  or denial of the allegations, and on that basis deny such allegations.

19      186.   In response to the allegations contained in Paragraph 186 of the FAC,

20  Defendants are without sufficient knowledge or information to enable an admission

21  or denial of the allegations, and on that basis deny such allegations.

22      187.   In response to the allegations contained in Paragraph 187 of the FAC,

23  Defendants are without sufficient knowledge or information to enable an admission

24  or denial of the allegations, and on that basis deny such allegations.

25  ///

26  ///

27  ///

28  ///

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)

AFDOCS/11043365.2

- 23 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

## PRAYER FOR RELIEF

168.   In response to the Prayer for Relief, Defendants deny that Plaintiff is entitled to the relief requested in Paragraphs I, II, V, VI, IX, X, XI, and XII.  As to the relief requested in Paragraphs III, IV, VII, and VIII, Defendants are without sufficient knowledge or information to enable an admission or denial of the allegations, and on that basis deny such allegations.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

169.   The Complaint, and each of its causes of action, fails to state facts sufficient to constitute a cause of action.

### SECOND AFFIRMATIVE DEFENSE

### (Reliance on Others)

170.   This action is barred because every statement, act, or omission by Defendants alleged in the Complaint, if it occurred at all, was made or occurred in reasonable good faith reliance on the statements, representations, advice, professional judgment and opinions of others upon which Defendants were entitled to rely, including internal and external professionals concerning matters which Defendants reasonably believed to be within such persons' professional or expert competence.

### THIRD AFFIRMATIVE DEFENSE

### (Good Faith)

171.   This action is barred because the acts, statements, and omissions by Defendants alleged in the Complaint were made in good faith, honestly, and without any recklessness or intent to deceive.  Defendants acted at all times innocently and without knowledge of purported falsity.

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)
AFDOCS/11043365.2

- 24 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

## FOURTH AFFIRMATIVE DEFENSE

### (Intervening/Superseding Cause by Conduct of Others)

172.   This action is barred because any alleged misstatements or omissions were the result of one or more intervening or superseding causes or caused by the acts and/or failures to act of other defendants, persons and/or entities other than the Defendants and were not the result of any act or omission on the part of Defendants.

## FIFTH AFFIRMATIVE DEFENSE

### (Failure to Plead Fraud with Particularity)

173.   This action is barred because Plaintiff has failed to plead fraud with the specificity required by Rule 9(b) of the Federal Rules of Civil Procedure and any other applicable rules governing the specificity of pleading.

## SIXTH AFFIRMATIVE DEFENSE

### (Incorporation of Other Defendants' Defenses)

174.   The action is barred by each of the affirmative defenses asserted by each of the other Defendants to the extent such defense is available to the City and Authority, and each such defense is incorporated herein by reference.

## SEVENTH AFFIRMATIVE DEFENSE

### (Additional Affirmative Defenses)

175.   Defendants hereby reserve the right to assert additional defenses not asserted herein, as investigation and discovery may reveal the existence of such defenses not presently known to them.

## <u>PRAYER FOR RELIEF</u>

WHEREFORE, Defendants request judgment that:

1.      Plaintiff's claims against the Defendants be dismissed and that plaintiff

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)
AFDOCS/11043365.2

- 25 -

DEFENDANTS CITY AND AUTHORITY'S
ANSWER TO FIRST AMENDED COMPLAINT

1  take nothing by its Complaint;

2      2.      Defendants be awarded their costs and attorney fees incurred in this

3  action;

4      3.      Defendants be awarded such other and further relief as the Court

5  deems just and proper.

6

7                   **JURY TRIAL DEMANDED**

8      Defendants City of Victorville and the Southern California Logistics Airport

9  Authority hereby request trial by jury as to all claims alleged in the Complaint

10 against the City and the Authority and the Answer thereto.

11 Dated:  June 5, 2014                    **ARENT FOX LLP**

12

13

14                          By: */s/ Terree A. Bowers*
                                 TERREE A. BOWERS
15                               JERROLD ABELES
                                 ADAM W. BENTLEY
16                               Attorneys for Defendants
                                 City of Victorville and Southern California
17                               Logistics Airport Authority

18

19

20

21

22

23

24

25

26

27

28

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 13-cv-0776 JAK (DTBX)          - 26 -          DEFENDANTS CITY AND AUTHORITY'S
AFDOCS/11043365.2                                       ANSWER TO FIRST AMENDED COMPLAINT