UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV13-00776 JAK (DTBx) | Date | August 4, 2015 |
| Title | Securities and Exchange Commission v. City of Victorville, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER CONTINUING PRETRIAL AND TRIAL DATES

On August 3, 2015 the parties participated in a settlement conference with Magistrate Judge Bristow. A settlement was not reached. However, the parties expressed interest in participating in a further session with Judge Bristow after the proceedings on the pending motions for summary judgment. They also requested a continuance of certain pending dates in order to facilitate a further settlement conference.

In response to the request of the parties, the Court amends the prior scheduling order and adopts the following dates:

| | |
|---|---|
| September 14, 2015: | Further settlement conference with Judge Bristow |
| September 18, 2015: | Notice of settlement or joint report to be filed re status of settlement. The report shall not disclose the substantive contents of any settlement discussions between the parties. |
| September 28, 2015: | Last day to file motions in limine |
| October 5, 2015: | Last day to file response(s) to motions in limine |
| October 5, 2015: | Last day to file all pretrial documents |
| October 19, 2015 at 3:00 pm: | Final Pretrial Conference, Status Conference re Disputed Exhibits, Hearing on Motions in Limine and Post Mediation Status Conference |
| November 3, 2015 at 9:00 am: | Jury Trial (est. tbd) |

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |