1

2

3

4

5

6

7

8

9

10

11

12

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 13-cv-0776-JAK (DTBx) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO VACATE PRETRIAL DEADLINES** |
| v. | Judge: Hon. John A. Kronstadt |
| CITY OF VICTORVILLE, et al., | Courtroom: 750 |
| Defendants. | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2          Upon review of the parties' Stipulation Regarding Pretrial Deadlines, and

3    good cause appearing therefore,

4          IT IS HEREBY ORDERED AS FOLLOWS:

5          All hearings and deadlines set forth in the Court's August 4, 2015 Order

6    Continuing Pretrial and Trial Dates (Dkt. No. 384) are hereby vacated. Dkt. 393.

7    The Court will reschedule all dates and deadlines upon the issuance of its final

8    order on the pending motions.

9

10          IT IS SO ORDERED.

11
     DATED:  September 25, 2015    By:  _____
12                                        Hon. John A. Kronstadt
13                                        United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28