KRISTIN S. ESCALANTE, Cal. Bar No. 169635
Email: escalantek@sec.gov
AMY J. LONGO, Cal. Bar. No. 198304
Email: longoa@sec.gov
Attorneys for Plaintiff Securities and Exchange Commission

Mark R. Zehner, Deputy Chief
Municipal Securities and Public Pensions Unit
Philadelphia Regional Office
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, Pennsylvania 19103

Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

CITY OF VICTORVILLE, et al.,

Defendants,

and

KND HOLDINGS, INC.,

Relief Defendant.

Case No. EDCV 13-0776-JAK (KKx)

**JOINT REPORT PURSUANT TO THE COURT'S JUNE 12, 2017 ORDER**

Date: July 10, 2017
Time: 1:30 p.m.
Ctrm: 10B
Judge: Hon. John A. Kronstadt

Pursuant to the Court's Minute Order dated June 12, 2017, the parties hereby file this joint report setting forth the parties' respective and/or collective views on (i) whether mediation would be productive, and, if so, the agreed upon settlement method and anticipated date of completion; and (ii) a proposed date for the final pretrial conference and trial.

## I. PARTIES' JOINT STATEMENT

The parties conclude that there is a chance that mediation may be productive and have agreed to a private mediation before Judge Daniel Weinstein (ret.) of JAMS. The parties have reserved September 6, 2017 with Judge Weinstein (subject to this Court's approval).

The parties further jointly propose a trial date of January 23, 2018, with a final pretrial conference on January 8, 2018. If the pretrial conference is set for January 8, 2018, the parties have agreed that they will work out a schedule to submit pretrial filings earlier than they would ordinarily be due under this Court's rules, in order to avoid major filings falling due during the holidays.

The KND Defendants' agreement to the mediation and trial dates is subject to the separate statement set forth below. In response to the KND Defendants' statement, it is the SEC's position that mediation and trial dates should be set at the July 10, 2017 Status Conference.

## II. AUTHORITY, CITY AND METZLER'S SEPARATE STATEMENT

Defendants City of Victorville ("City"), Southern California Logistics Airport Authority ("Authority") and Keith Metzler intend to file a motion, pursuant to Federal Rule of Civil Procedure 42(b), asking the Court to conduct the trial in two phases. In the first phase, the jury would consider the SEC's claims against all Defendants relating to the tax increment projections and debt service ratios for the Authority's April 2008 bond offering. In the second phase of the trial, the jury would consider the SEC's remaining claims against Defendants Jeffrey Kinsell, Janees Williams and the KND entities, regarding what the SEC refers to as "an ***additional***

fraudulent scheme to take undisclosed construction and management fees collected on the airport hangar project." First Am. Compl. (Dkt. No. 109) ¶ 6 (emphasis added). The City, the Authority and Mr. Metzler wish to discuss the briefing schedule and hearing date for this motion with the Court at the upcoming status conference.

## III. THE KND DEFENDANTS' SEPARATE STATEMENT

On July 18, 2016, KND filed litigation against SCLAA and COV for indemnification under the Forward Bond Purchase Agreement (San Bernardino Superior Court Case No. CIVDS 1703508).

On June 22, 2017, following this Court's June 12, 2017 Status and Scheduling Conference Order, KND filed an ex parte application with superior court requesting trial preference and setting of a trial date within 120 days.

Superior court will hear that application as a fully noticed motion July 7, 2017. If the request for preference is granted, trial will likely be set on or before October 20, 2017 per preference rules.

Until there is a settlement or trial outcome in the superior court case, KND Defendants are not able to meaningfully participate in mediation and/or trial preparation due to lack of funds for defense.

KND defendants believe, however, mediation would be productive and that if trial was set for January 2018, KND defendants could otherwise be prepared if properly and timely indemnified.

//

//

//

//

//

//

//

If superior court grants KND's request for preference, KND Defendants respectfully request, as a matter of fairness, this Court consider setting this case calendar for mediation and trial to follow trial in the state superior court matter.

Dated: June 30, 2017

*/s/ Kristin S. Escalante*
Kristin S. Escalante
Attorney for Plaintiff
Securities and Exchange Commission

*/s/ Terree Bowers*
Terree Bowers
ARENT FOX LLP
Attorney for Defendants
City of Victorville and Southern California Logistics Airport Authority

*/s/ James Kramer*
James Kramer
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorney for Defendant
Keith Metzler

*/s/ Randall Polcyn*
Randall Polcyn
Attorney for Defendants
Kinsell Newcomb & DeDios, KND Affiliates, J. Jeffery Kinsell, and Janees Williams

**CERTIFICATE OF AUTHORIZATION**

Per Local Rule 5-4.3.4(a)(2)(i), Counsel for Plaintiff attests that counsel for Defendants consent to and authorize this filing.

*/s/ Kristin S. Escalante*
Kristin Escalante