KRISTIN S. ESCALANTE (Cal. Bar No. 169635)
Email:  escalantek@sec.gov
AMY J. LONGO (Cal. Bar No. 198304)
Email:  longoa@sec.gov
DOUGLAS M. MILLER (Cal. Bar No. 240398)
Email:  millerdou@sec.gov

Mark R. Zehner, Deputy Chief
Municipal Securities and Public Pensions Unit
Philadelphia Regional Office
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, Pennsylvania 19103

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Western Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VICTORVILLE, et al.,<br><br>Defendants,<br><br>and<br><br>KND HOLDINGS, INC.,<br><br>Relief Defendant. | Case No.  EDCV 13-0776-JAK (KKx)<br><br>**JOINT REPORT REGARDING STATUS OF SETTLEMENT PURSUANT TO JULY 10, 2017 ORDER**<br><br>Trial Date:       Jan. 23, 2018<br>Status Conf.:   Jan. 8, 2018<br>Ctrm:              10B<br>Judge:             Hon. John A. Kronstadt |

Pursuant to the Court's Minute Order dated July 10, 2017, the parties hereby file this joint report regarding the status of settlement:

1. On June 12, 2017, the Court ordered the parties to file a joint report setting forth the parties' respective and/or collective views on whether mediation would be productive, and if so, the agreed upon settlement method (Dkt. No. 407).

2. On June 30, 2017, the parties filed a joint report stating that they did believe mediation could be productive and agreed to participate in private mediation before Judge Daniel Weinstein (ret.) of JAMS (Dkt. No. 409).

3. On July 10, 2017, the Court held a status conference and scheduling conference. The Court ordered that the case be referred to private mediation before Judge Weinstein. The Court did not set a deadline by which the private mediation had to be completed, but did order the parties to file a notice of settlement or a joint report regarding the status of settlement by September 13, 2017 (Dkt. No. 413).

4. On September 6, 2017, the parties participated in an all-day private mediation session before Judge Weinstein in San Francisco, California. Although the matter did not settle at the mediation, the settlement discussions have continued since the mediation under Judge Weinstein's supervision, and are anticipated to continue in the short-term.

5. The parties have agreed to file a notice of settlement or an updated joint report regarding the status of settlement by September 21, 2017.

Dated: September 13, 2017         */s/ Douglas M. Miller*
                                  Douglas M. Miller
                                  Attorney for Plaintiff
                                  Securities and Exchange Commission

//
//

| | |
|---|---|
| 1 | |
| 2 | */s/ Terree Bowers* |
| 3 | Terree Bowers<br>ARENT FOX LLP |
| 4 | Attorney for Defendants<br>City of Victorville and Southern |
| 5 | California Logistics Airport Authority |
| 6 | */s/ James Kramer* |
| 7 | James Kramer<br>ORRICK, HERRINGTON & |
| 8 | SUTCLIFFE LLP<br>Attorney for Defendant |
| 9 | Keith Metzler |
| 10 | */s/ Randall Polcyn* |
| 11 | Randall Polcyn<br>Attorney for Defendants |
| 12 | Kinsell Newcomb & DeDios, KND |
| 13 | Affiliates, J. Jeffery Kinsell, and Janees<br>Williams |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On September 13, 2017, I caused to be served the document entitled **JOINT REPORT REGARDING STATUS OF SETTLEMENT PURSUANT TO JULY 10, 2017 ORDER** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 13, 2017            */s/ Douglas M. Miller*
                                    Douglas M. Miller

**SEC v. CITY OF VICTORVILLE, et al.**
**United States District Court – Central District of California**
**Case No. EDCV 13-0776 JAK (DTBx)**

SERVICE LIST

Terree A. Bowers, Esq.
*terree.bowers@arentfox.com*
Collin Seals, Esq.
*collin.seals@arentfox.com*
Karen Van Essen
*vanessen.karen@arentfox.com*
Arent Fox LLP, Attorneys at Law
Gas Company Tower
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013

*Attorneys for Defendants City of Victorville and Southern California Logistics Airport Authority*

Randall S. Polycn, Esq.
Randall.polycn@gmail.com
5855 Carnegie Street
San Diego, CA 92122

*Attorney for Defendants Janees Williams, Jeffrey Kinsell, Kinsell Newcomb & DeDios (KND), KND Affiliates and KND Holdings*

Michael D. Torpey, Esq.
*mtorpey@orrick.com*
James N. Kramer, Esq.
*jkramer@orrick.com*
James A. Meyers, Esq.
*jmeyers@orrick.com*
Kevin M. Askew, Esq.
*kaskew@orrick.com*
Blake L. Osborn
*bosborn@orrick.com*
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

*Attorneys for Defendant Keith C. Metzler*