TERREE A. BOWERS (SBN 89334)
*terree.bowers@arentfox.com*
PETER V. B. UNGER (admitted pro hac vice)
*peter.unger@arentfox.com*
KAREN VAN ESSEN (SBN 278407)
*karen.vanessen@arentfox.com*
ALEXANDER S. BIRKHOLD (SBN 304334)
*alexander.birkhold@arentfox.com*
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, California 90013-1065
Telephone:    (213) 629-7400

Attorneys for Defendants
City of Victorville and
Southern California Logistics Airport Authority

JAMES N. KRAMER (State Bar No. 154709)
*jkramer@orrick.com*
LACEY BANGLE (State Bar No. 284773)
*lbangle@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard St.
San Francisco, California  94105
Telephone:    (415) 773-5700
Facsimile:    (415) 773-5759

Attorneys for Defendant Keith C. Metzler

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>CITY OF VICTORVILLE, et al.,<br><br>                    Defendants. | Case No. 13-cv-0776-JAK (KKx)<br><br>**DECLARATION OF LACEY BANGLE IN SUPPORT OF OPPOSITION TO SECURITIES EXCHANGE COMMISSION'S MOTION *IN LIMINE* NO. 1 TO EXCLUDE OPINIONS OF THE MUNICIPALITY DEFENDANTS' EXPERT DR. GLENN MEYERS**<br><br>Judge:  Hon. John A. Kronstadt<br><br>Final Pretrial Conf.: January 8, 2018<br>Time:                        3:00 p.m.<br>Courtroom:              10B |

I, Lacey Bangle, hereby declare and state as follows:

1.     I am an attorney at law duly licensed to practice before the United States District Court – Central District of California and state courts in the State of California.  I am an attorney at the law firm of Orrick, Herrington & Sutcliffe LLP, counsel of record for defendant Keith Metzler.  I have personal knowledge of the facts in this declaration and, if called as a witness, could and would testify competently to these facts.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the expert report prepared by Dr. Glenn Meyers in this action, and dated May 27, 2015.

3.     Attached hereto as **Exhibit 2** is a true and correct excerpt of the deposition transcript of Dr. Glenn Meyers in this action, and dated July 29, 2015.

4.     Attached hereto as **Exhibit 3** is a true and correct excerpt of the December 1, 2007 Indenture between the Southern California Logistics Airport Authority and the Bank of New York Trust Company, relating to $42,000,000 Southern California Logistics Airport Authority Subordinate Tax Allocation Revenue Bonds (Southern California Logistics Airport Project) Series 2007.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of the SEC's proposed Exhibit 2102, San Bernardino County (California) Office of the Assessor Property Information Management System Package Reports for Parcels 0468-141-08- 0000, 0468-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, and 0468-141-08-Z000.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed this 11th day of December, 2017 in San Francisco, California.

//

//

//

//

DECL. OF LACEY BANGLE ISO OPP. TO SEC'S MIL
TO EXCLUDE OPINIONS OF DR. GLENN MEYERS
CASE No. 13-cv-0776-JAK (KKx)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: _Lacey L Bangle_____
              Lacey Bangle

Attorneys for Defendant Keith C. Metzler

DECL. OF LACEY BANGLE ISO OPP. TO SEC'S MIL
TO EXCLUDE OPINIONS OF DR. GLENN MEYERS
CASE NO. 13-CV-0776-JAK (KKx)