KRISTIN S. ESCALANTE, Cal. Bar No. 169635
Email:  escalantek@sec.gov
DOUGLAS M. MILLER, Cal. Bar No. 240398
Email:  millerdou@sec.gov
DONALD W. SEARLES, Cal. Bar No. 135705
Email:  searlesd@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission

Mark R. Zehner, Deputy Chief
Municipal Securities and Public Pensions Unit
Philadelphia Regional Office
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, Pennsylvania 19103

Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>   vs.<br><br>CITY OF VICTORVILLE, et al.,<br><br>            Defendants,<br><br>   and<br><br>KND HOLDINGS, INC.,<br><br>            Relief Defendant. | Case No. 5:13-cv-00776-JAK-KK<br><br>**STIPULATION DISMISSING CERTAIN CLAIMS AND DISMISSING DEFENDANT KND AFFILIATES, LLC AND RELIEF DEFENDANT KND HOLDINGS, INC., PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Pretrial Conference: January 8, 2018<br><br>Jury Trial Date: January 23, 2018<br><br>Judge:       Hon. John A. Kronstadt |

1    Plaintiff Securities and Exchange Commission ("the SEC") and Defendants
2 City of Victorville ("City"), Southern California Logistics Airport Authority
3 ("Authority"), Keith C. Metzler, Kinsell, Newcomb & DeDios ("KND"), KND
4 Affiliates, LLC ("Affiliates"), J. Jeffery Kinsell and Janees L. Williams, and Relief
5 Defendant KND Holdings, Inc. ("Holdings") (collectively, "Defendants") hereby
6 stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:
7    WHEREAS, on May 21, 2014, the SEC filed its first amended complaint,
8 which asserts certain claims against defendants KND, Affiliates, and Kinsell, and
9 against relief defendant Holdings, pursuant to Section 17(a)(1) and (3) of the
10 Securities Act of 1933 [15 U.S.C. §§ 77q(1) and (3)] and Section 10(b) of the
11 Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rules 10b-5(a) and (c)
12 thereunder [17 C.F.R. § 240.10b-5] (Dkt. 109, SEC's first amended complaint, fifth
13 and sixth claims for relief);
14    WHEREAS the SEC seeks to voluntarily dismiss those two claims for relief
15 pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);
16    WHEREAS, other than the fifth and sixth claims for relief, the SEC's first
17 amended complaint does not assert any other claims against defendant Affiliates or
18 relief defendant Holdings;
19    WHEREAS the Defendants do not object to the SEC's proposed dismissal of
20 the fifth and sixth claims for relief nor to the proposed dismissal of defendant
21 Affiliates and relief defendant Holdings from the action;
22    NOW, THEREFORE, the SEC and the Defendants hereby agree that:
23    1. The SEC's fifth claim for relief, against defendants Kinsell, KND and
24 Affiliates for alleged violations of Sections 17(a)(1) and 17(a)(3) of the Securities Act
25 of 1933, and its sixth claim for relief, against defendants Kinsell, KND and Affiliates,
26 for alleged violations of Section 10(b) of the Securities Exchange Act of 1934 and
27 Rule10b-5(a) and (c) thereunder, are hereby voluntarily dismissed.
28    2.  Given that the fifth and sixth claims for relief are the only claims asserted

against defendant Affiliates and relief defendant Holdings in the SEC's first amended complaint, defendant Affiliates and relief defendant Holdings are hereby voluntarily dismissed as defendants from the action.

IT IS SO STIPULATED.

Dated: January 5, 2018      Respectfully submitted,


SECURITIES AND EXCHANGE COMMISSION

By: */s/* Amy Jane Longo
Amy Jane Longo


ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/* James N. Kramer
James N. Kramer

Attorneys for Defendant Keith C. Metzler


ARENT FOX LLP

By: */s/* Terree A. Bowers
Terree A. Bowers

Attorneys for Defendants Southern California Logistics Airport Authority and City of Victorville


SLOVAK BARON EMPEY MURPHY & PINKEY, LLP

By: */s/* Shaun M. Murphy
*Shaun M. Murphy*

Attorneys for Defendants Janees Williams, Jeffery Kinsell, KND, KND Affiliates, and KND Holdings

2

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On January 4, 2018, I caused to be served the document entitled **STIPULATION DISMISSING CERTAIN CLAIMS AND DISMISSING DEFENDANT KND AFFILIATES, LLC AND RELIEF DEFENDANT KND HOLDINGS, INC., PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 5, 2018        */s/ Amy Jane Longo*
                              Amy Jane Longo

*SEC v. City of Victorville, et al.*
United States District Court—Central District of California
Case No. 5:13-cv-00776-JAK-KK

**SERVICE LIST**

Terree A. Bowers, Esq.
*terree.bowers@arentfox.com*
Alexander Stephenson Birkhold, Esq.
*alexander.birkhold@arentfox.com*
Jerrold E. Abeles, Esq.
*jerry.abeles@arentfox.com*
Karen Peters-Van Essen, Esq.
*vanessen.karen@arentfox.com*
Arent Fox LLP, Attorneys at Law
Gas Company Tower
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013

Peter V. B. Unger, Esq.
*peter.unger@arentfox.com*
Arent Fox LLP, Attorneys at Law
1717 "K" Street, N.W.
Washington, DC 20006
*Attorneys for Defendants City of Victorville and Southern California Logistics Airport Authority*

Shaun M. Murphy, Esq.
murphy@sbemp.com
Slovak Baron Empey Murphy & Pinkney, LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

Attorneys for Defendants Janees Williams, Jeffrey Kinsell, Kinsell Newcomb & DeDios (KND), KND Affiliates and KND Holdings

Michael D. Torpey, Esq.
*mtorpey@orrick.com*
James N. Kramer, Esq.
*jkramer@orrick.com*
Lacey Bangle, Esq.
*lbangle@orrick.com*
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

Kevin M. Askew, Esq.
*kaskew@orrick.com*
Natalie Nahabet, Esq.
*nnahabet@orrick.com*
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90071

George E. Greer, Esq.
*ggreer@orrick.com*
Orrick Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7087
*Attorneys for Defendant Keith C. Metzler*