DOUGLAS M. MILLER, Cal. Bar No. 240398
Email: millerdou@sec.gov
DONALD W. SEARLES, Cal. Bar No. 135705
Email: searlesd@sec.gov
AMY JANE LONGO, Cal. Bar. No. 198304
Email: longoa@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission

Mark R. Zehner, Deputy Chief
Municipal Securities and Public Pensions Unit
Philadelphia Regional Office
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, Pennsylvania 19103

Attorneys for Plaintiff
Securities and Exchange Commission

Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy Jane Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VICTORVILLE, et al.,<br><br>Defendants. | Case No. 5:13-cv-00776-JAK-KK<br><br>**UPDATED JOINT REPORT REGARDING STATUS OF SETTLEMENT DISCUSSIONS AND FINAL PRETRIAL CONFERENCE**<br><br>Final Pretrial Conference: May 14, 2018<br><br>Trial Date.: May 29, 2018<br>Time: 8:30 a.m.<br>Ctrm: 10B<br>Judge: Hon. John A. Kronstadt |

Pursuant to the Court's May 7, 2018 Order (Dkt. No. 596), the parties hereby file this updated joint report regarding: (1) the procedural status of settlement discussions, and (2) the parties' stipulation to continue the final pretrial conference currently scheduled for May 14, 2018, pending the plaintiff Securities and Exchange Commission's ("SEC's") consideration of the parties' proposed agreements in principle to resolve this action as to defendants Southern California Logistics Airport Authority, City of Victorville, Keith Metzler, and Janees Williams (with plaintiff SEC, the "Settling Parties").

### 1. Procedural Status of Settlement Discussions

Since the parties' last joint report on the status of settlement, filed on May 7, 2018 (Dkt. No. 595), the Settling Parties have reached proposed agreements in principle to resolve the action as to those parties. The proposed resolution of the action is subject to the Settling Parties' execution of the final settlement documents, and to the approval of the SEC Commissioners, which plaintiff anticipates would take approximately 45 to 60 days from the date that the final documents are executed by the Settling Parties. Plaintiff SEC will notify defendants and the Court within five business days of any decision by the Commissioners concerning the proposed settlements.

The SEC has not reached a proposed resolution with defendants Jeffery Kinsell or Kinsell, Newcomb & DeDios. As to these two defendants, the parties anticipate that, following the SEC Commissioners' consideration of the proposed settlements with the Settling Parties: (1) the SEC will file a noticed motion for relief on the claims as to which the Court granted the SEC's motion for summary judgment, based on a proposed stipulated briefing schedule, and (2) the parties will stipulate to the dismissal of the SEC's remaining claims against these two defendants.

### 2. Stipulation to Continue Final Pretrial Conference

Based on the Settling Parties' proposed agreement in principle to resolve the action, pending approval by the SEC Commissioners, and based on the anticipated

1  course of action as to the two non-settling defendants, the parties hereby stipulate and
2  agree to continue the Final Pretrial Conference currently scheduled for May 14, 2018,
3  if necessary, to the next available date on the Court's calendar following the SEC's
4  notification of any decision by the Commissioners concerning the proposed
5  settlements.

Dated: May 10, 2018           Respectfully submitted,


SECURITIES AND EXCHANGE COMMISSION

By:  */s/ Douglas M. Miller*
     Douglas M. Miller


ORRICK, HERRINGTON & SUTCLIFFE LLP

By:  */s/ James N. Kramer*
     James N. Kramer

Attorneys for Defendant Keith C. Metzler


ARENT FOX LLP

By:  */s/ Terree A. Bowers*
     Terree A. Bowers

Attorneys for Defendants Southern California Logistics Airport Authority and City of Victorville


SLOVAK BARON EMPEY MURPHY & PINKEY, LLP

By:  */s/ Shaun M. Murphy*
     Shaun M. Murphy

Attorneys for Defendants Janees Williams, Jeffrey Kinsell, and KND

# **PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
400 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On May 10, 2018, I caused to be served the document entitled **UPDATED JOINT REPORT REGARDING STATUS OF SETTLEMENT DISCUSSIONS AND FINAL PRETRIAL CONFERENCE** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 10, 2018          */s/ Amy Jane Longo*
                             Amy Jane Longo

3

*SEC v. City of Victorville, et al.*
**United States District Court—Central District of California**
**Case No. 5:13-cv-00776-JAK-KK**

**SERVICE LIST**

Terree A. Bowers, Esq.
*terree.bowers@arentfox.com*
Alexander Stephenson Birkhold, Esq.
*alexander.birkhold@arentfox.com*
Jerrold E. Abeles, Esq.
*jerry.abeles@arentfox.com*
Karen Peters-Van Essen, Esq.
*vanessen.karen@arentfox.com*
Arent Fox LLP, Attorneys at Law
Gas Company Tower
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013

Peter V. B. Unger, Esq.
*peter.unger@arentfox.com*
Arent Fox LLP, Attorneys at Law
1717 "K" Street, N.W.
Washington, DC 20006
*Attorneys for Defendants City of Victorville and Southern California Logistics Airport Authority*

Michael D. Torpey, Esq.
*mtorpey@orrick.com*
James N. Kramer, Esq.
*jkramer@orrick.com*
Lacey Bangle, Esq.
*lbangle@orrick.com*
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

Kevin M. Askew, Esq.
*kaskew@orrick.com*
Natalie Nahabet, Esq.
*nnahabet@orrick.com*
Stephanie Albrecht, Esq.
*salbrecht@orrick.com*
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90071

George E. Greer, Esq.
*ggreer@orrick.com*
Charles J. Ha, Esq.
*charlesha@orrick.com*
Orrick Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7087
*Attorneys for Defendant Keith C. Metzler*

Shaun M. Murphy, Esq.
murphy@sbemp.com
Slovak Baron Empey Murphy & Pinkney, LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

Attorneys for Defendants Janees Williams, Jeffrey Kinsell, Kinsell Newcomb & DeDios (KND), KND Affiliates and KND Holdings