UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VICTORVILLE, et al.,<br><br>Defendants. | Case No. 5:13-cv-00776-JAK-KK(x)<br><br>**ORDER RE STATUS REPORT RE PROCEDURAL STATUS OF SETTLEMENT; STIPULATION OF THE PARTIES RE FILING OF SECOND AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE RE REMEDIES AGAINST KND AND KINSELL (DKT. 601)** |

The Court, having considered the parties' status report re procedural status of settlement, stipulation of the parties re filing of second amended complaint, and setting briefing schedule re remedies against KND and Kinsell (Dkt. 601), and finding good cause, hereby orders as follows:

1. The Stipulation is **GRANTED**.

2. Within five (5) days of notification that the City Council of the City of Victorville and the Board of the Authority have approved, in open session, the proposed settlement agreements with the City and the Authority, the SEC shall file its proposed Second Amended Complaint together with the consents of the City and the Authority and the proposed final judgments in connection therewith.

3. Because the SEC's proposed Second Amended Complaint does not name Keith Metzler as a defendant, upon its filing, Keith Metzler will be voluntarily dismissed with prejudice as a defendant from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

4. Upon the filing of the SEC's Second Amended Complaint, the SEC's claim that KND and Kinsell aided and abetted the Authority's violation of Section 10(b) of the Exchange Act and Rule 10b-5 will be voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

5. As to the SEC's anticipated motion for relief on the claims as to which summary judgment was granted against KND and Kinsell ("Remedies Motion"), the following briefing schedule is adopted: (1) the Remedies Motion shall be filed on or before September 15, 2018; (2) KND/Kinsell Opposition to the Remedies Motion shall be filed on or before October 15, 2018; (3) SEC's Reply in support of the Remedies Motion shall be filed on or before October 29, 2018; (4) a hearing on the Remedies Motion is scheduled for December 3, 2018 at 8:30 a.m.,

///
///
///

provided, however, the hearing may be continued by the Court or the matter may be taken under submission upon the completion of the aforementioned briefing.

IT IS SO ORDERED.

Dated: July 25, 2018

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE