1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  vs.<br><br>CITY OF VICTORVILLE, et al.,<br><br>    Defendants.<br><br>  . | Case No.  ED CV13-00776-JAK (KKx)<br><br>**CONSENT JUDGMENT AS TO DEFENDANT SOUTHERN CALIFORNIA LOGISTICS AIRPORT AUTHORITY**<br><br>**JS-6: Southern California Logistics Airport Authority Only** |

The Securities and Exchange Commission having filed a Second Amended Complaint and Defendant Southern California Logistics Airport Authority ("Defendant" or "the Authority") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Judgment without admitting or denying the allegations of the Second Amended Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violations of Section 17(a)(2) of the Securities Act of 1933 [15 U.S.C. § 77q(a)(2)], in the offer or sale of any securities or any security-based swap agreement, by using any means or instruments of transportation or communication in interstate commerce or use of the mails, directly or indirectly, to obtain money or property by means of any untrue statement of a material fact or any omission to state a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise:  (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

### III.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

IT IS SO ORDERED.

Dated:  July 30, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE