AMY J. LONGO (Cal. Bar No. 198304)
Email: longoa@sec.gov
DOUGLAS M. MILLER, Cal. Bar No. 240398
Email: millerdou@sec.gov
DONALD W. SEARLES, Cal Bar. No. 135705
Email: searlesd@sec.gov
Attorneys for Plaintiff Securities and Exchange Commission

Mark R. Zehner, Deputy Chief
Municipal Securities and Public Pensions Unit
Philadelphia Regional Office
One Penn Center
1617 JFK Boulevard, Suite 520
Philadelphia, Pennsylvania 19103

Michele Wein Layne, Regional Director
John W. Berry, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>    vs.<br><br>CITY OF VICTORVILLE, et al.,<br><br>        Defendants. | Case No. 5:13-cv-00776-JAK-KK(x)<br><br>**DECLARATION OF WILLIAM ACKERMAN IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR INJUNCTIVE AND MONETARY RELIEF AGAINST DEFENDANTS KINSELL, NEWCOMB & DEDIOS, INC. AND JEFFREY KINSELL**<br><br>Date:      December 3, 2018<br>Time:     8:30 a.m.<br>Ctrm:    10B<br>Judge:   Hon. John A. Kronstadt |

5:13-cv-00776-JAK-KK(x)

1    I, William R. Ackerman, declare pursuant to 28 U.S.C. § 1746 as follows:

2    1.    I have personal, first-hand knowledge of the statements made herein and if

3    called as a witness, I could and would testify competently thereto.

4    2.    I am a member of the litigation consulting firm of Freeman & Mills, a

5    consulting firm offering services in the areas of accounting, finance, economics and

6    business practices and procedures.

7    3.    I have been retained by the Securities and Exchange Commission ("SEC") in

8    the matter *SEC v. City of Victorville, et al.*, Case No. ED CV 13-0776-JAK (DTBx) to

9    provide this declaration in support of the SEC's motion for injunctive and monetary relief

10   against Defendants Kinsell, Newcomb, & DeDios ("KND") and J. Jeffery Kinsell

11   ("Kinsell").

### My Background and Experience

13   4.    I am a Certified Public Accountant and since 1989 I have been admitted to

14   practice in the State of California.  I am a member of the American Institute of Certified

15   Public Accountants.  I am also a member of the California Society of Certified Public

16   Accountants and a member of that organization's Economic Damages Section.

17   5.    I received my B.S. degree in business from Georgetown University with an

18   emphasis on accounting.  I worked for five years in public accounting at KPMG, where I

19   supervised and administrated audit engagements of small and middle market companies.

20   Since leaving KPMG, I have provided financial consulting services typically in dispute

21   settings for counsel representing plaintiffs and defendants.

22   6.    I have taught economic damages to CPA's as part of continuing education

23   requirements.  In addition, I have instructed on calculating lost profits for the National

24   Association of Certified Valuation Analysts.

25   7.    I have qualified as an expert and have testified in cases filed in the Federal

26   District courts throughout California, including the Central District of California.  I have

27   also qualified as an expert and testified in matters filed and/or pending in the Superior

28   Courts of the State of California and in other jurisdictions.

8.     A copy of my professional resume, which further describes my experience, publications, prior testimony, previous professional positions and professional affiliations is attached hereto as **Exhibit 1**.

### Assignment

9.     I have been retained by the SEC to render opinions regarding the amount of bond proceeds received by Mr. Kinsell's entities in excess of the fees disclosed in bond offering documents of Defendant Southern California Logistics Airport Authority ("Authority"), a component unit of Defendant City of Victorville ("City").

10.     I previously prepared an expert report in this matter on May 27, 2015 ("May 2015 Expert Report"), in which I calculated the ill-gotten gains of Defendants KND Affiliates, LLC ("Affiliates"), KND, Mr. Kinsell and KND Holdings, Inc. ("KND Holdings"). In my 2015 expert report, I provided opinions and observations regarding various financial metrics related to the books and records of Affiliates, KND, and KND Holdings.

11.     In order to prepare this declaration, I reviewed my May 2015 Expert Report and a subset of the documents relied upon in preparing the report, which are attached as exhibits to this declaration. My expert report has previously been submitted to the Court. *See* Dkt. No. 266-1, Tab. 7.

12.     My firm is compensated based upon the standard billing rate per hour for the staff employed on this matter and the actual hours incurred by each person. Out-of-pocket expenses are billed as incurred. My hourly billing rate is $495.

### Statement of Opinions

13.     In May 2008, KND received an underwriting fee in the amount of $133,349.25 or 1% of the Authority's $13,334,925 Bond Offering on May 15, 2008.

14.     From 2006 through 2011, Affiliates received approximately $2,897,000 of bond proceeds in excess of the 2% construction management fee disclosed in the November 21, 2006 Bond Offering in connection with the completion of four airplane hangars for the Authority.

**Bases and Reasons Therefor**

***Underwriting Fee of $133,349.25 for the May 2008 Bond Offering***

15.     KND received an underwriting fee in the amount of $133,349.25 or 1% of the Authority's $13,334,925 Bond Offering on May 15, 2008.  KND's underwriting fee of $133,349.25 was disclosed in the May 2008 Bond Offering documents (*see* excerpts at **Exhibit 2**).  KND's general ledger and tax return reflect the receipt of this underwriting fee.   KND's 2008 general ledger reflects a May 2008 deposit of $133,349.25 in KND's Bank of America account and the corresponding entry to record underwriting fee revenue of $133,349.25 (*see* the 2008 general ledger excerpt at **Exhibit 3**).  KND's general ledger and tax return for the period April 1, 2008 through March 31, 2009 reflect total underwriting fee revenue of $1,045,391.25, which includes the $133,349.25 fee received from the May 2008 Bond Offering (*see* the 2008 general ledger excerpt at **Exhibit 3** and the relevant pages from KND's tax return at **Exhibit 4**).

***$2,897,000 of Bond Proceeds Received in Excess of Disclosed 2% Construction Management Fee***

16.     The November 21, 2006 Official Statement issued by the Authority for the $64,165,000 SCLAA Taxable Subordinate Tax Allocation Revenue Bonds ("2006 Official Statement") disclosed that Affiliates was in negotiations with the Authority to receive a construction management fee for its efforts in overseeing the completion of the hangar facilities and that the fee amount would not be greater than 2% of the remaining costs to complete the hangars (estimated to be approximately $53,700,000) (*see* an excerpt of the 2006 Official Statement at **Exhibit 5**).

17.     From August 2006 to February 2008, the Authority loaned $60,377,880 of proceeds from bond offerings and private placements to Affiliates in order for Affiliates to complete the construction of the hangars (*see* Affiliates June 2008 Balance Sheet and the related receipts recorded in each respective general ledger from 2006 to 2008 at **Exhibit 6**).

18.     Affiliates was paid $871,966 for its 2% construction management fee (*see* **Exhibit 7** for the construction contractor's summary of payments to Affiliates totaling $865,990 and an excerpt of Affiliates' general ledger reflecting an additional payment of $5,976 inadvertently omitted from the construction contractor's summary.)  As shown on **Exhibit 7**, Affiliates began receiving its 2% construction management fee in October 2006 and it continued receiving its fees through October 2010, although most of the hangar construction was completed by Affiliates by December 2007.

19.     Although Affiliates earned only $871,966 for the 2% construction management fee, Affiliates retained $3,769,293 of bond proceeds, which Affiliates paid to its owners, officers and other businesses solely owned by Mr. Kinsell (*see* Schedule 1 and Schedule 1.1 of my 2015 Expert Report at **Exhibit 8**).  As shown on **Exhibit 8**, Affiliates disbursed the $3,769,293 from September 2006 to July 2011.  Thus, the $3,769,293 that Affiliates disbursed to its owners, officers and to Mr. Kinsell's other solely owned businesses exceeds the disclosed 2% construction management fee by $2,897,327 ($3,769,293 - $871,966).

20.     Affiliates began recording management revenue related to the hangars in October 2006 when it started receiving its 2% fee from its construction contractor (see Schedule 9.2 of my May 2015 Expert Report at **Exhibit 9**).  As shown on **Exhibit 9**, KND and KND Holdings recognized management revenue (from 2008 to 2011) when Affiliates transferred bond proceeds to them.  The total amount of management revenue recorded by all three entities (Affiliates, KND and KND Holdings) is $2,257,497, significantly less than the $3,769,293 retained by Affiliates.  The explanation for this discrepancy could not be determined based on a review of the books and records of the various entities.

21.     In reviewing Judge Kronstadt's Order dated June 2, 2017 (Dkt. No. 405) regarding motions for summary judgment, the excess amount kept by Mr. Kinsell's entities is discussed as being $2,452,769 instead of $2,897,327 (based on $3,769,293 - $871,966) discussed above in paragraph 19.  As the Court found, it is undisputed that

Affiliates collected approximately $2.4 million from bond proceeds that the Authority loaned to it to construct the hangars. *See* Dkt. Nos. 405, at p. 82; 310-1, ¶ 341. As discussed in my expert report, Affiliates actually collected $2,897,327, not $2,452,769. *See* Dkt. No. 266-1, tab 7, ¶ 30. The difference relates to Mr. Kinsell's assertion that Affiliates earned a 2% construction management fee of $1,316,524 instead of $871,966, which is the actual amount Affiliates received from the construction contractor. Affiliates asserted that it earned $1,316,524 in construction management fees based on 2% of construction costs totaling $65,826,242. As discussed in my May 2015 Expert Report, Mr. Kinsell's assertion is flawed for numerous reasons. For example, the construction cost of $65,826,242 includes (i) over $12.6 million of costs incurred by the prior construction contractor but outstanding at the time Mr. Kinsell took over the project, (ii) a $6.3 million settlement payment to the prior construction contractor, and (iii) over $5.0 million of accrued interest related to the $60,377,880 of Investor Bond Proceeds lent to Affiliates, which the City forgave and Affiliates never paid. As discussed above, Affiliates received $871,966 not $1,316,524 from its construction contractor for its 2% share of construction management fees. Thus, the amount kept by Affiliates in excess of the 2% construction management fee received is $2,897,327, not $2,452,769.

### ***Totals Received***

22.    KND received an underwriting fee in the amount of $133,349.25 or 1% of the Authority's $13,334,925 Bond Offering on May 15, 2008. In addition, from 2006 through 2011, Affiliates received approximately $2,897,000 of bond proceeds in excess of the 2% construction management fee disclosed in the November 21, 2006 Bond Offering in connection with the completion of four airplane hangars for the Authority. Executed on *September 13, 2018* in Los Angeles, California

William R. Ackerman

5                              Case No.  5:13-cv-00776-JAK-KK(x)

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
400 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On September 14, 2018, I caused to be served the document entitled **DECLARATION OF WILLIAM ACKERMAN IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR INJUNCTIVE AND MONETARY RELIEF AGAINST DEFENDANTS KINSELL, NEWCOMB & DEDIOS, INC. AND JEFFREY KINSELL** on all the parties to this action addressed as stated on the attached service list:

☐   **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐   **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐   **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐   **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐   **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐   **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒   **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐   **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  September 14, 2018          */s/ Donald W. Searles*
                                   Donald W. Searles

***SEC v. City of Victorville, et al.***
**United States District Court—Central District of California**
**Case No. 5:13-cv-00776-JAK-KK**

**<u>SERVICE LIST</u>**

Terree A. Bowers, Esq.
*terree.bowers@arentfox.com*
Alexander Stephenson Birkhold, Esq.
*alexander.birkhold@arentfox.com*
Jerrold E. Abeles, Esq.
*jerry.abeles@arentfox.com*
Karen Peters-Van Essen, Esq.
*vanessen.karen@arentfox.com*
Arent Fox LLP, Attorneys at Law
Gas Company Tower
555 W. Fifth Street, 48th Floor
Los Angeles, CA 90013

Peter V. B. Unger, Esq.
*peter.unger@arentfox.com*
Arent Fox LLP, Attorneys at Law
1717 "K" Street, N.W.
Washington, DC 20006
*Attorneys for Defendants City of
Victorville and Southern California
Logistics Airport Authority*

Shaun M. Murphy, Esq.
murphy@sbemp.com
Slovak Baron Empey Murphy &
Pinkney, LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262

Attorneys for Defendants Janees
Williams, Jeffrey Kinsell, Kinsell
Newcomb & DeDios (KND), KND
Affiliates and KND Holdings

Michael D. Torpey, Esq.
*mtorpey@orrick.com*
James N. Kramer, Esq.
*jkramer@orrick.com*
Lacey Bangle, Esq.
*lbangle@orrick.com*
Orrick, Herrington & Sutcliffe LLP
405 Howard Street
San Francisco, CA 94105

Kevin M. Askew, Esq.
*kaskew@orrick.com*
Natalie Nahabet, Esq.
*nnahabet@orrick.com*
Stephanie Albrecht, Esq.
*salbrecht@orrick.com*
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90071

George E. Greer, Esq.
*ggreer@orrick.com*
Charles J. Ha, Esq.
*charlesha@orrick.com*
Orrick Herrington & Sutcliffe LLP
701 Fifth Avenue, Suite 5600
Seattle, WA 98104-7087
*Attorneys for Defendant Keith C.
Metzler*

Case No.  5:13-cv-00776-JAK-KK(x)

# EXHIBIT 1

**WILLIAM R. ACKERMAN**                                                  **VICE PRESIDENT**

Mr. Ackerman is a shareholder of the firm, Freeman & Mills, a consulting firm offering services in the areas of accounting, finance, economics and business practices and procedures.

Mr. Ackerman is experienced and has offered testimony in the following areas: lost earnings associated with wrongful terminations, wrongful death and personal injury claims; lost profit damages associated with breach of contract, business interruption and/or breach of fiduciary duty claims;  fraud investigations, both to uncover the devices used to perpetrate fraud and to uncover fraudulent financial reporting practices; corporate/partnership dissolutions; accounting and auditing issues relating to accountant's malpractice and merger and acquisition disputes; professional malpractice damages; trademark, trade dress and copyright infringement damages; theft of trade secrets damages; small business valuations; false advertising; unfair business practices and competition; lender liability; wage/overtime disputes; profit participation and royalty disputes; trust and estate matters; right of publicity and alter ego.

Prior to joining Freeman & Mills, Mr. Ackerman spent five years in public accounting at KPMG Peat Marwick, where he supervised and administrated audit engagements of small and middle market companies in a variety of industries, including, manufacturing, distribution, entertainment, oil and gas, and hospitality.

Mr. Ackerman has testified in matters before the Federal Courts, Superior Courts in California, the AAA, ADR and JAMS.  He has also served as a court appointed neutral expert in the Superior Courts of California.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2000- | Vice President/Shareholder, Freeman & Mills, Inc. |
| 1991-1999 | Senior Consultant, Freeman & Mills, Inc. |
| 1986-1991 | Professional Staff Positions, Middle Market Practice, KPMG Peat Marwick |

## PRESENTATIONS

"Michael Jackson: The Wrongful Death Case Against AEG" – American Institute of CPA's (2017)

"Michael Jackson: The Wrongful Death Case Against AEG" – California Society of CPA's Economic Damages Section (2015)

"Delivering Effective Testimony:  Mediations, Arbitrations, Judge & Jury Trials" Forensic Expert Witness Association Annual Summit (2008)

"Calculating Business Damages" – The Financial Forensics Institute of the National Association of Certified Valuation Analysts (2003-2007)

"Understanding & Using Financial Statements in Your Case" – Consumer Attorneys of California 45th Annual Convention (2006)

"Lost Earnings," California Society of CPA's – Economic Damages Section (2002)

## WILLIAM R. ACKERMAN

"Damages in Lost Earnings Cases," Los Angeles Chapter of the California Society of CPAs (2000)

"Financial Statements in the Courtroom," Federal Judicial Center, Reno, Nevada (1997-1999)

### PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS

- American Institute of Certified Public Accountants ("AICPA")
- California Society of Certified Public Accountants ("CSCPA")
  - Litigation Services—Economic Damages and Fraud Sections
  - Litigation Steering Committee (2006 – 2012)

Mr. Ackerman earned a B.S. in business administration from Georgetown University.
He is a Certified Public Accountant licensed in California since 1989.

### CONTACT:

(213) 576-1808
wackerman@freemanmills.com

## WILLIAM R. ACKERMAN - Rule 26 Testimony Disclosure

| | | | |
|---|---|---|---|
| 09/14 | Emmett McDonough v. SIMA Corporation et al. Case No. 1415007 | SBSC | D |
| 10/14 | Emmett McDonough v. SIMA Corporation et al. Case No. 1415007 | SBSC | T |
| 11/14 | Izek Shomoff v. Naty Saidoff, et al. Case No. BC499518 | LASC | D |
| 12/14 | Izek Shomoff v. Naty Saidoff, et al. Case No. BC499518 | LASC | T |
| 12/14 | Kim Allen et al. v. Hyland's Inc. et al. Case No. 3:12-cv-1150-DMG (MAN) | USDC CD Ca | D |
| 01/15 | Serge Akounou et al v. Catalina Divers Supply, LLC et al. Case No. NC044563 | LASC | D |
| 02/15 | Serge Akounou et al v. Catalina Divers Supply, LLC et al. Case No. NC044563 | LASC | T |
| 03/15 | Excela Creative, LLC et al. v. Deal Segments, Inc. et al. Case No. 2:14-CV-3326 | USDC CD Ca | D |
| 04/15 | Teamcare Enterprises, Inc. et al. v. Wells Fargo Bank, et al. | LASC | D |
| 06/15 | Coyote Valley RV Resort, LLC v. Cusac Construction et al. Case No. 112CV227523 | SCSC | D |
| 08/15 | Rajinder & Veena Malhotra v. Copa De Oro Realty, LLC et al. (Case No. CV 13-4146 MWF (VBKx) | USDC CD Ca | D |
| 08/15 | Securities and Exchange Commission v. City of Victorville et al. (Case No. EDCV 13-0776-JAK (DTBx) | USDC CD Ca | D |
| 08/15 | The Fulcrum Group, Inc. v. CHA Hollywood Medical Center (ADRS No. 14-1640-JZ) | ADR | D |
| 09/15 | The Fulcrum Group, Inc. v. CHA Hollywood Medical Center (ADRS No. 14-1640-JZ) | ADR | T |
| 09/15 | Kim Allen et al. v. Hyland's Inc. et al. (Case No. 3:12-cv-1150-DMG (MAN) | USDC CD Ca | T |
| 09/15 | Washington Hospital Healthcare System v. Aetna Health of California, Inc. | JAMS-SF | T |
| 11/15 | Linx Bracelets, Inc. et al. v. Origami Owl, Inc. (Case No. 14-cv-06799-SVW-JEM) | USDC | D |

1

**WILLIAM R. ACKERMAN** - Rule 26 Testimony Disclosure

| | | | |
|---|---|---|---|
| 01/16 | Cem Hacioglu v. Applied Natural Gas Fuels. Inc. (Case No. 01-15-0002-9448) | AAA | D |
| 02/16 | Cem Hacioglu v. Applied Natural Gas Fuels, Inc. (Case No. 01-15-0002-9448) | AAA | T |
| 03/16 | Rysher Entertainment, LLC et al v. Cox Media Group, Inc et al. (Case No. BC517198) | LASC | D |
| 03/16 | Dale Menagh v. Caitlin Bothwell, et al. (Case No. SC118076) | LASC | D |
| 04/16 | Delta Ultraviolet Corp. v. Lightwave PDL, Inc. (Case No. YC069096) | LASC | D |
| 04/16 | Delta Ultraviolet Corp. v. Lightwave PDL, Inc. (Case No. YC069096) | LASC | D |
| 05/16 | Delta Ultraviolet Corp. v. Lightwave PDL. Inc. (Case No. YC069096) | LASC | D |
| 06/16 | Kyrus Rogers v. Good Samaritan Hospital et al. (Case No. BC516100) | LASC | D |
| 06/16 | West Coast Switchgear, Inc. v. Continental Insurance Company (Case No. BC542691) | LASC | D |
| 06/16 | Los Lonely Boys Touring, Inc. et al. v. VenueTech Management Group, Inc. (Case No. BC555144) | LASC | D |
| 06/16 | Kevin Lynn Bradford v. Denny's, Inc. (Case No. MC024677) | LASC | D |
| 06/16 | Cesar Scolari v. Brown & Streza, et al. (Case No. 30-4014-00726801-CU-MC-CJC) | OCSC | D |
| 07/16 | Ducoing Enterprises, Inc. v. Winston & Associates Insurance Brokers et al (Case No. 30-2010-00361854) | OCSC | T |
| 07/16 | Jason Olive v. General Nutrition Centers, Inc. (Case No. BC482686) | LASC | T |
| 08/16 | USA Waste of California, Inc. v. City of Irwindale et al. (Case No. KC066276) | LASC | D |
| 10/16 | John Radzinski et al. v. First American Title Insurance Company (Case No. BC517575) | LASC | D |

Ackerman Decl. ISO KND Remedies Exhibit 1 Page 12

## WILLIAM R. ACKERMAN - Rule 26 Testimony Disclosure

| | | | |
|---|---|---|---|
| 10/16 | Harder Facility Maintenance et al. v. City of Santa Monica (Case No. BC565270) | LASC | D |
| 10/16 | John Radzinski et al. v. First American Title Insurance Company (Case. No. BC517575) | LASC | D |
| 11/16 | The Smith Family Trust et al. v. Jo Ann Szeyller et al. (Case No. 16PR00182) | SBSC | D |
| 11/16 | Gilat Satellite Networks Ltd./Wavestream v. Mission Microwave Technologies, Inc. et al. | JAMS | D |
| 12/16 | Adidas America, Inc. et al. v. Skechers USA, Inc. (Case No. 3:15-cv-1741) | USDC OR | D |
| 01/17 | Kyrus Rogers v. Good Samaritan Hospital et al. (Case No. BC516100) | LASC | T |
| 02/17 | John Mullin et al. v. General Motors LLC (Case No. BC568381) | LASC | D |
| 03/17 | 1100 Wilshire Property Owners Association v. JPMorgan Chase Bank, N.A. (Case No. BC533799) | LASC | D |
| 03/17 | Drake Kennedy v. Regency Outdoor Advertising, Inc., et al. (Case No. BC522560) | LASC | D |
| 04/17 | John and Deborah Porter v. Wyner & Tiffany et al. (Case No. BC 347671) | LASC | D |
| 04/17 | Deborah Hines et al. v. General Motors, LLC (Case No. 1522-CC0346) | Missouri State Crt | D |
| 04/17 | John and Deborah Porter v. Wyner & Tiffany et al. (Case No. BC 347671) | LASC | T |
| 06/17 | Harder Facility Maintenance et al. v. City of Santa Monica et al. (Case No. BC565270) | LASC | T |
| 07/17 | AF Double Eagle, Inc. v. ZMK Medical Technolgoies, Inc. (dba Eigen) et al. (JAMS No. 1210033144) | JAMS | D |
| 10/17 | MPFC, LLC v. California Food Management, LLC et al (Case No. BC609494) | LASC | D |
| 01/18 | Debra DellaCamera et al. v. DePuy Orthopaedics, Inc. et al (Case No. CGC-11-509600) | SFSC | D |

Ackerman Decl. ISO KND Remedies Exhibit 1 Page 13

**WILLIAM R. ACKERMAN - Rule 26 Testimony Disclosure**

| | | | |
|---|---|---|---|
| 01/18 | Davit Gasparyan v. Grigor Demirchyan et al. (Case No. BC 554306) | LASC | D |
| 02/18 | Tohme R. Tohme v. John Branca & John McClain as Personal Representatives of the Estate of Michael Joseph Jackson (Case No. SC115988) | LASC | D |
| 04/18 | Aaron Slator v. AT&T (JAMS – 1210034046) | JAMS | D |
| 04/18 | Aaron Slator v. AT&T (JAMS – 1210034046) | JAMS | T |
| 05/18 | MPFC, LLC v. California Food Management, LLC et al (Case No. BC609494) | LASC | T |
| 08/18 | Davit Gasparyan v. Grigor Demirchyan et al. (Case No. BC 554306) | LASC | T |

# EXHIBIT 2

01 - 0000043415

**$13,334,924.85**
**SOUTHERN CALIFORNIA LOGISTICS AIRPORT AUTHORITY**
**SUBORDINATE TAX ALLOCATION REVENUE BONDS**
**(SOUTHERN CALIFORNIA LOGISTICS AIRPORT PROJECT)**
**SERIES 2008A**

**CLOSING MEMORANDUM**

**May 15, 2008**

This memorandum sets forth the actions taken in connection with the issuance, sale and delivery by the Southern California Logistics Airport Authority (the "Authority") of its Subordinate Tax Allocation Revenue Bonds (Southern California Logistics Airport Project) Series 2008A (the "Bonds") in the aggregate principal amount of $13,334,924.85.

The Underwriter agreed to purchase the Bonds from the Authority for $11,019,611.55, which sum equals the principal amount thereof, less original issue discount of $68,653.60 and less an Underwriter Fee and Settlement Amount of $2,246,659.70.

<u>The Pre-Closing</u>

A Pre-Closing was held commencing at 2:00 p.m., May 14, 2008, at the offices of Fulbright & Jaworski L.L.P., 555 S. Flower Street, 41st Floor, Los Angeles, California 90071, at which all Pre-Closing documents listed on the attached Closing List (the "Closing Documents") were examined, readied and packaged for the Closing. The Closing Documents were held in escrow by Fulbright & Jaworski L.L.P. pending the Closing.

<u>The Closing</u>

The actions described herein which were taken as part of the closing (the "Closing"), were taken as a simultaneous transaction, and no delivery of documents, payment of money or other action was considered to have been completed until all such deliveries, payments or other actions had been made or taken.

The issuance, sale and delivery of the Bonds took place at the Closing, which commenced at 8:00 a.m., May 15, 2008, at the offices of Fulbright & Jaworski L.L.P. At the Closing, all the Closing Documents were delivered and all payments evidenced by the Closing Documents were made. Simultaneously, the Bonds were delivered to the Underwriter through the facilities of the Depository Trust Company.



70299551.1

1

01 - 0000043416

<u>The Parties</u>

Southern California Logistics Airport Authority ("Authority")

City of Victorville ("City")

Green, de Bortnowsky & Quintanilla, L.L.P., Counsel to the Authority and Co-Disclosure Counsel ("Authority Counsel")

Kinsell, Newcomb & De Dios, Inc. ("Underwriter")

Fulbright & Jaworski L.L.P., Bond Counsel and Co-Disclosure Counsel ("FJ")

The Bank of New York Trust Company, N.A. ("Trustee")

Rosenow Spevacek Group, Inc., Fiscal Consultant ("RSG")

Ackerman Decl. ISO KND Remedies Exhibit 2 Page 17

01 - 0000043812

The Authority can clear buildings and other improvements and develop as a building site any real property owned or acquired, and in connection with such development, cause streets, highways and sidewalks to be constructed or reconstructed and public utilities to be installed.

Redevelopment in the State may be carried out pursuant to the Redevelopment Law. Section 33020 of the Redevelopment Law defines redevelopment to include the planning, development, replanning, redesign, clearance, reconstruction or rehabilitation, or any combination of these, of all or part of a survey area and the provision of such residential, commercial, industrial, public or other structures or spaces as may be appropriate or necessary in the interest of the general welfare, including recreational and other facilities incidental or appurtenant to them.

The Authority may, out of the funds available to it for such purposes, pay for all or part of the value of land and the cost of buildings, facilities, structures or other improvements to be publicly owned, to the extent that such improvements are of benefit to the Airport and no other reasonable means of financing is available. The Authority must sell or lease remaining property within the Airport for redevelopment by others in strict conformity with the Redevelopment Plan, and may specify a period within which such redevelopment must begin and be completed.

**Financial Information**

Included in this Official Statement as Appendix F are the audited financial statements of the Authority for the Fiscal Year ended June 30, 2007. The Authority has not requested the consent of the Auditor regarding the inclusion of its report in this Official Statement.

**Regulatory Issues**

All real property in the VVEDA Project Area is subject to the controls and restrictions of the Redevelopment Plan described herein. The Redevelopment Plan provides that all new construction in the VVEDA Project Area shall comply with all applicable State and local laws in effect, including the various codes of the VVEDA Members. The Redevelopment Plan specifies particular land use areas. The Authority may permit an existing but nonconforming use to continue so long as the Authority determines that the use is generally compatible with other surrounding development uses.

Within the limits, restrictions and controls established in the Redevelopment Plan, the Authority is authorized to limit the number, type, size and height of buildings in the VVEDA Project Area, and to establish design criteria, traffic circulation, traffic access and other development and design controls necessary for proper development within the VVEDA Project Area.

## UNDERWRITING

The Underwriter has agreed, subject to certain conditions, to purchase the Bonds at a purchase price equal to $11,019,611.55. The Underwriter is reoffering the Bonds to the public at the initial offering price set forth on the inside cover page of this Official Statement (the "Issue Price"). The difference between the Issue Price and the Purchase Price (the "Settlement Amount") will be remitted to Deutsche Bank Securities, Inc. ("DB") pursuant to an Option Agreement between the Underwriter and DB. A portion of the Settlement Amount in the amount of $241,486.56 will be contributed by DB to pay costs of issuance relating to the Bonds, including the Underwriter's fee of $133,349.25.

The Underwriter intends to offer the Bonds to the public initially at the prices set forth on the inside cover page of this Official Statement, which prices may subsequently change without any requirement of prior notice. The Underwriter reserves the right to join with dealers and other underwriters in offering the Bonds to the public. The Underwriter may offer and sell Bonds to certain

46

# EXHIBIT 3

31-Dec-11 Kinsell, Newcomb & DeDios, Inc
Trial Balance
od: Tuesday, January 01, 2008 through Wednesday, December 31, 2008
Sorted By: Posting Date, Reference Number, Description

| Account # / Reference No. / Description | | Date | Debits | Credits |
|---|---|---|---|---|
| **1010 Bank of America** | | | | |
| A/P KUTAKROC | Check: CK011034 | 28-Mar | | 4,501.67 |
| A/P SAKAMOTO | Check: CK011035 | 28-Mar | | 3,655.37 |
| A/P SDGE | Check: CK011036 | 28-Mar | | 1,280.42 |
| GEN 1525 | March Analysis Fee | 31-Mar | | 569.47 |
| GEN 1547 | Dep - Goldman Sachs-Loma Linda | 17-Apr | 21,984.00 | |
| GEN 1549 | Muni Financial Diner Reimb | 29-Apr | 1,459.23 | |
| GEN 1566 | Apr Analysis Fee | 30-Apr | | 215.05 |
| GEN 1575 | Wire In AVF | 5-May | 100,000.00 | |
| GEN 1573 | Transfer FSW to BofA | 6-May | 400,000.00 | |
| GEN 1578 | Trans Gen to Max | 6-May | | 75,000.00 |
| A/P STINSON | Handcheck: CK004089 | 6-May | | 237,341.98 |
| GEN 1574 | Trans Max to Gen | 9-May | 100,000.00 | |
| A/P HOLDINGS | Handcheck: CK169980 | 14-May | | 91,000.00 |
| GEN 1576 | SCLA | 15-May | 133,349.25 | |
| GEN 1579 | Trans Gen to Max | 15-May | | 100,000.00 |
| A/P AT&T | Check: CK011037 | 16-May | | 356.05 |
| A/P BALICO | Check: CK011038 | 16-May | | 302.96 |
| A/P BISHOP B | Check: CK011039 | 16-May | | 2,563.07 |
| A/P BLOOMBER | Check: CK011040 | 16-May | | 16,518.00 |
| A/P CANON | Check: CK011041 | 16-May | | 50.67 |
| A/P COMCAST | Check: CK011042 | 16-May | | 169.89 |
| A/P CUSIP | Check: CK011043 | 16-May | | 644.00 |
| A/P DALLAIRD | Check: CK011044 | 16-May | | 953.02 |
| A/P DELMAR | Check: CK011045 | 16-May | | 916.33 |
| A/P INTERNAT | Check: CK011046 | 16-May | | 1,000.00 |
| A/P MESSERLI | Check: CK011047 | 16-May | | 23,785.50 |
| A/P MSRB | Check: CK011048 | 16-May | | 1,075.05 |
| A/P PORSCHE | Check: CK011049 | 16-May | | 1,925.34 |
| A/P PREMIERE | Check: CK011050 | 16-May | | 783.91 |
| A/P SANITORS | Check: CK011051 | 16-May | | 796.70 |
| A/P SOURCEME | Check: CK011052 | 16-May | | 3,034.92 |
| A/P UPS | Check: CK011053 | 16-May | | 335.13 |
| A/P WILLIAMS | Check: CK011054 | 16-May | | 1,645.74 |
| A/P HOLDINGS | Handcheck: CK165638 | 23-May | | 41,000.00 |
| A/P BLOOMBER | Check: CK011055 | 27-May | | 6,550.00 |
| A/P CARLSBAD | Check: CK011056 | 27-May | | 94.68 |
| A/P CHASE VI | Check: CK011057 | 27-May | | 6,366.47 |
| A/P COFFEE | Check: CK011058 | 27-May | | 78.75 |
| A/P DALLAIRD | Check: CK011059 | 27-May | | 2,225.00 |
| A/P FEDEX | Check: CK011060 | 27-May | | 473.93 |
| A/P GENWORTH | Check: CK011061 | 27-May | | 470.00 |
| A/P LEXUS | Check: CK011062 | 27-May | | 1,355.95 |
| A/P LINCOLN | Check: CK011063 | 27-May | | 1,335.09 |
| A/P LIVINGST | Check: CK011064 | 27-May | | 81.67 |
| A/P PKF | Check: CK011065 | 27-May | | 12,000.00 |
| A/P PUNKE | Check: CK011066 | 27-May | | 833.34 |
| A/P SDGE | Check: CK011067 | 27-May | | 1,337.15 |
| A/P UPS | Check: CK011068 | 27-May | | 173.46 |
| A/P VERIZON | Check: CK011069 | 27-May | | 3,209.01 |
| A/P WRIGHT | Check: CK011070 | 27-May | | 2,788.37 |
| A/P HOLDINGS | Handcheck: CK279157 | 29-May | | 114,000.00 |
| GEN 1591 | Analysis Fee | 31-May | | 471.92 |
| A/P NALHFA | Void: CK010962 | 10-Jun | 750.00 | |

(KND) KND00136702(1).xlsx

31-Dec-11 Kinsell, Newcomb & DeDios, Inc
Trial Balance
od: Tuesday, January 01, 2008 through Wednesday, December 31, 2008)
Sorted By: Posting Date, Reference Number, Description

| Account # / Reference No. / Description | | Date | Debits | Credits | Balance |
|---|---|---|---|---|---|
| GEN 1450 | Kings Canyon Reverse: 1450, 1/1/2008 SCLAA | 1-Feb | 245,000.00 | | |
| **** Period | 666721.6 | | 333360.8 | 333360.8 | |

**4010 Underwriting Fees**

| GEN 1439 | Hercules | 2-Jan | | 7,281.00 | |
|---|---|---|---|---|---|
| GEN 1444 | Hercules Profit in 2ndry Trading | 2-Jan | | 96.00 | |
| GEN 1440 | Kings Canyon | 8-Jan | | 19,080.00 | |
| GEN 1442 | Kings Canyon Profit in 2ndry Trading | 10-Jan | | 156.45 | |
| GEN 1454 | Wire in - Stinson - Palm Desert, Indian Ridge | 23-Jan | | 41,275.64 | |
| GEN 1443 | SCLAA Loss in 2ndry Trading | 29-Jan | 524.75 | | |
| GEN 1497 | SCLA Loss in 2ndry Trading | 8-Feb | 3,847.75 | | |
| GEN 1536 | Accrue Loma Linda Receivable | 1-Mar | | 22,000.00 | |
| GEN 1548 | Adjust Loma Linda | 17-Apr | 16.00 | | |
| GEN 1541 | Desert Hot Springs | 30-Apr | | 299,475.00 | |
| GEN 1542 | Desert Hot Springs | 30-Apr | | 198,375.00 | |
| GEN 1576 | SCLA | 15-May | | 133,349.25 | |
| GEN 1619 | Accrue Denair | 19-Jun | | 56,250.00 | |
| GEN 1628 | Denair loss in 2ndry trading | 1-Jul | 4,062.50 | | |
| GEN 1648 | Arvin | 27-Aug | | 51,375.00 | |
| GEN 1650 | Arvin Loss in 2ndry Trading | 27-Aug | 4,500.00 | | |
| GEN 1677 | Arvin | 2-Sep | | 1,575.00 | |
| GEN 1719 | Salinas | 7-Oct | | 212,500.00 | |
| GEN 1721 | Salinas loss in 2ndry trading | 7-Oct | 9,785.00 | | |
| GEN 1727 | Blythe | 20-Nov | | 45,750.00 | |
| GEN 1729 | Blythe loss in 2ndry Trading | 20-Nov | 2,252.40 | | |
| GEN 1735 | Wire in - Goldman Sachs (Loma Linda) | 26-Nov | | 67,357.50 | |
| **** Period | 24988.4 | | 1155895.84 | -1130907.44 | |

4/1/08-3/31/09 Underwriting Fees of $1,045,391

**4014 Commissions Earned**

| GEN 1445 | Commissions | 31-Jan | | 75.00 | |
|---|---|---|---|---|---|
| GEN 1503 | Commissions | 31-Mar | | 50.00 | |
| GEN 1544 | Commissions | 30-Apr | | 100.00 | |
| GEN 1570 | May Commission Income | 31-May | | 50.00 | |
| GEN 1594 | Commission Income | 30-Jun | | 100.00 | |
| GEN 1629 | Commissions | 31-Jul | | 350.00 | |
| GEN 1651 | Aug Commissions | 31-Aug | | 75.00 | |
| GEN 1679 | Commissions | 30-Sep | | 640.00 | |
| GEN 1722 | Oct Commissions | 31-Oct | | 900.00 | |
| GEN 1730 | Nov Commissions | 30-Nov | | 399.99 | |
| GEN 1746 | Commissions | 31-Dec | | 150.00 | |

(KND) KND00136702(1).xlsx

# EXHIBIT 4

# U.S. Corporation Income Tax Return

**Form 1120**
Department of the Treasury
Internal Revenue Service

For calendar year 2008 or tax year
beginning APRIL 1, 2008, ending MARCH 31, 2009

OMB No. 1545-0123

**2008**

**A Check if:**
1a Consolidated return (attach Form 851) [X]
b Life/nonlife consolidated return
2 Personal holding co. (attach Sch. PH)
3 Personal service corp. (see instructions)
4 Schedule M-3 attached

**Use IRS label. Otherwise, print or type.**

Name: **KND HOLDINGS, INC. & SUBSIDIARY**
Number, street, and room or suite no. If a P.O. box, see instructions.
**2776 GATEWAY ROAD**
City or town, state, and ZIP code
**CARLSBAD, CA  92009**

**B** Employer identification number **61-1443878**
**C** Date incorporated **08/15/2001**
**D** Total assets (see instructions) $ **1,452,122.**

**E Check if:** (1) Initial return  (2) Final return  (3) Name change  (4) Address change

| | | | | |
|---|---|---|---|---|
| **Income** | 1 a Gross receipts or sales **3,552,547.** b Less returns and allowances | c Bal | 1c | (3,552,547.) |
| | 2 Cost of goods sold (Schedule A, line 8) | | 2 | 401,543. |
| | 3 Gross profit. Subtract line 2 from line 1c | | 3 | 3,151,004. |
| | 4 Dividends (Schedule C, line 19) | | 4 | |
| | 5 Interest | | 5 | 9,151. |
| | 6 Gross rents | | 6 | |
| | 7 Gross royalties | | 7 | |
| | 8 Capital gain net income (attach Schedule D (Form 1120)) | | 8 | 3,210,648. |
| | 9 Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 9 | -3. |
| | 10 Other income (attach schedule)  SEE CONSOLIDATED INCOME AND DEDUCTIONS | | 10 | 2,486,013. |
| | 11 Total income. Add lines 3 through 10 | ▶ | 11 | 8,856,813. |
| **Deductions (See instructions for limitations on deductions.)** | 12 Compensation of officers (Schedule E, line 4) | ▶ | 12 | |
| | 13 Salaries and wages (less employment credits) | | 13 | 3,778,405. |
| | 14 Repairs and maintenance | | 14 | 6,170. |
| | 15 Bad debts | | 15 | 20,000. |
| | 16 Rents | | 16 | 372,228. |
| | 17 Taxes and licenses | | 17 | 258,321. |
| | 18 Interest | | 18 | 15,981. |
| | 19 Charitable contributions | | 19 | |
| | 20 Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | | 20 | 215,768. |
| | 21 Depletion | | 21 | |
| | 22 Advertising | | 22 | 12,208. |
| | 23 Pension, profit-sharing, etc., plans | | 23 | 126,491. |
| | 24 Employee benefit programs | | 24 | |
| | 25 Domestic production activities deduction (attach Form 8903) | | 25 | |
| | 26 Other deductions (attach schedule)  SEE CONSOLIDATED INCOME AND DEDUCTIONS | | 26 | 5,507,456. |
| | 27 Total deductions. Add lines 12 through 26 | ▶ | 27 | 10,313,028. |
| | 28 Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | | 28 | -1,456,215. |
| | 29 Less: a Net operating loss deduction | 29a | 0. | |
| | b Special deductions (Schedule C, line 20) | 29b | | 29c |
| **Tax, Refundable Credits, and Payments** | 30 Taxable income. Subtract line 29c from line 28 (see instructions) | | 30 | -1,456,215. |
| | 31 Total tax (Schedule J, line 10) | | 31 | 0. |
| | 32 a 2007 overpayment credited to 2008 | 32a | | |
| | b 2008 estimated tax payments | 32b | | |
| | c 2008 refund applied for on Form 4466 | 32c | d Bal | 32d |
| | e Tax deposited with Form 7004 | | | 32e |
| | f Credits: (1) Form 2439 (2) Form 4136 | | | 32f |
| | g Refundable credits from Form 3800, line 19c, and Form 8827, line 8c | | | 32g |
| | | | | 32h |
| | 33 Estimated tax penalty (see instructions). Check if Form 2220 is attached | ▶ | 33 | |
| | 34 Amount owed. If line 32h is smaller than the total of lines 31 and 33, enter amount owed | | 34 | 0. |
| | 35 Overpayment. If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | | 35 | |
| | 36 Enter amount from line 35 you want: Credited to 2009 estimated tax | Refunded | 36 | |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____ Date _____ Title _____

May the IRS discuss this return with the preparer shown below? [X] Yes  No

**Paid Preparer's Use Only**
Preparer's signature _____  Date 2/11/09  Check if self-employed  Preparer's SSN or PTIN **P00399137**
Firm's name (or yours if self-employed), address, and ZIP code **PKF  2020 CAMINO DEL RIO NORTH, SUITE 500  SAN DIEGO, CA  92108**
EIN **95-4354850**
Phone no. **(619)-238-1040**

811801 12-31-08  JWA  For Privacy/Paperwork Reduction Act Notice, see instructions.  1  Form 1120 (2008)

.5580818 792797 1997CON    2008.04011 KND HOLDINGS, INC. & SUBSID 1997CON1

KND 0550310

CLIENT'S COPY

Ackerman Decl. ISO KND Remedies Exhibit 4 Page 23

SCHEDULE OF COMBINED INCOME AND DEDUCTIONS

| | COMBINED AMOUNTS | KND HOLDINGS, INC. 61-1443878 | KINSELL, NEWCOMB & DEDIOS, INC. 33-0086722 |
|---|---|---|---|
| **Income** | | | |
| Gross receipts or sales | 3,552,547. | 2,507,156. | 1,045,391. |
| Less returns and allowances | | | |
| Net Sales | 3,552,547. | 2,507,156. | 1,045,391. |
| | | | |
| **Cost of goods sold:** | | | |
| Inventory at beginning of year | | | |
| Purchases | | | |
| Cost of labor | | | |
| Additional section 263A costs | | | |
| Other costs    STATEMENT 8 | 401,543. | | 401,543. |
| Inventory end of year | | | |
| Cost of goods sold | 401,543. | | 401,543. |
| | | | |
| **Gross profit** | 3,151,004. | 2,507,156. | 643,848. |
| | | | |
| Dividends | | | |
| Interest    STATEMENT 9 | 9,151. | 4,370. | 4,781. |
| Gross rents | | | |
| Gross royalties | | | |
| Capital gain net income | 3,210,648. | 3,210,648. | |
| Net gain or (loss) Form 4797 | -3. | | -3. |
| Other income    STATEMENT 10 | 2,486,013. | | 2,486,013. |
| | | | |
| **Total Income** | 8,856,813. | 5,722,174. | 3,134,639. |
| | | | |
| **Deductions** | | | |
| | | | |
| Compensation of officers | | | |
| Salaries and wages | 3,778,405. | 2,315,568. | 1,462,837. |
| Repairs | 6,170. | 2,241. | 3,929. |
| Bad debts | 20,000. | 20,000. | |
| Rents | 372,228. | 83,483. | 288,745. |
| Taxes    STATEMENT 11 | 258,321. | 148,292. | 110,029. |
| Interest | 15,981. | | 15,981. |
| Charitable Contributions | | | |
| Depreciation not claimed elsewhere | 215,768. | 87,998. | 127,770. |
| Depletion | | | |
| Advertising | 12,208. | | 12,208. |
| Pension, profit-sharing, etc., plans | 126,491. | 78,368. | 48,123. |
| Employee benefit programs | | | |
| Domestic Production Activities Deduction | | | |
| Other deductions    STATEMENT 12 | 5,507,456. | 4,388,241. | 1,119,215. |
| **Total Deductions** | 10,313,028. | 7,124,191. | 3,188,837. |
| | | | |
| Taxable income before NOL and special deductions | -1,456,215. | -1,402,017. | -54,198. |
| Net operating loss deduction | | | |
| Special deductions | | | |
| | | | |
| **Taxable Income** | -1,456,215. | -1,402,017. | -54,198. |

828241
04-25-08

KND C0550347

# EXHIBIT 5

01 - 0000046995

THE BONDS DO NOT CONSTITUTE AN INDEBTEDNESS WITHIN THE MEANING OF ANY CONSTITUTIONAL OR STATUTORY DEBT LIMITATION OR RESTRICTION, AND NEITHER THE MEMBERS OF THE AUTHORITY NOR ANY PERSONS EXECUTING THE BONDS SHALL BE PERSONALLY LIABLE ON THE BONDS BY REASON OF THEIR ISSUANCE.

**Further Information**

Brief descriptions of the Bonds, the Indenture, any Supplemental Indentures, the Law, the JPA Law, the Authority, and VVEDA are included in this Official Statement. Such information does not purport to be comprehensive or definitive. All references herein to the Indenture, the Law, the JPA Law, the Constitution and the laws of the State, and the proceedings of the Authority and VVEDA, are qualified in their entirety by reference to each document, statute, constitution or proceeding. All capitalized terms used in this Official Statement and not otherwise defined herein have the same meanings as in the Indenture. References herein to the Bonds are qualified in their entirety by reference to the forms thereof included in the Indenture. Copies of the Indenture are available for inspection at the office of the Authority.

This Official Statement speaks only as of its date, and the information contained herein is subject to change.

## PLAN OF FINANCING

The Authority has previously issued its Taxable Industrial Development Revenue Notes (Hangar Facility Project) 2006 Series A (the "Notes") in the aggregate principal amount of $30,000,000. The Authority loaned the proceeds of the Notes (the "Loan") to CBS Aviation Development, LLC, a California limited liability company (the "Developer"), pursuant to a Loan Agreement, dated as of February 1, 2006. The Loan was made to the Developer for the purpose of providing funds to finance and refinance the construction of four hangar facilities, including related office and service space, located within the SCLA (the "Hangar Facilities"). The Authority has previously refunded $10,000,000 of the Notes.

Stevens Capital, LLC, an affiliate of Kinsell, Newcomb & De Dios, Inc. (the "Underwriter"), the underwriter of the Bonds, has also loaned $2,400,000 to the Developer (the "Stevens Loan"), for the purpose of financing the Hangar Facilities. Currently, approximately $1.9 million of the Stevens Loan remains outstanding.

On November 1, 2006, the Authority issued and delivered its Tax Allocation Revenue Parity Bonds (Southern California Logistics Airport Project) Taxable Forward Series (the "Forward Delivery Bonds") in the aggregate principal amount of $34,980,000. A portion of the proceeds of the Forward Delivery Bonds were loaned to KND Affiliates (as defined below) for the purpose of repaying in full the Stevens Loan. In addition, a portion of the proceeds of the Forward Delivery Bonds were used by the Authority to refund the remainder of the Notes.

On August 11, 2006, KND Affiliates, LLC (the "KND Affiliates"), also an affiliate of the Underwriter, purchased the Hangar Facilities from the Developer and assumed the Developer's obligations under the Loan. The Authority has also loaned $22,200,000 to KND Affiliates to substantially complete two of the Hangar Facilities. A portion of the proceeds of the Bonds in the amount of approximately $31,500,000 are expected to be used to fund an additional loan to KND Affiliates to complete two additional Hangar Facilities and related infrastructure improvements. KND Affiliates expects to sell all or a portion of the Hangar Facilities. Such purchasers are expected to assume all obligations of the KND Affiliates to the Authority. For its efforts in overseeing the completion of the Hangar Facilities, KND Affiliates is in negotiations with the Authority to receive a construction

4

Ackerman Decl. ISO KND Remedies Exhibit 5 Page 26

01 - 0000046996

management fee in an amount no greater than 2% of the remaining costs to complete the Hangar Facilities estimated to be approximately $53,700,000.

The remaining portion of the proceeds of the Bonds will be used to finance certain other redevelopment activities benefiting the SCLA including, but not limited to, the following:

The Authority is currently preparing to enter into development contracts and leases that would result in the furtherance of airport improvements, a municipal utility power plant expansion, an inter-modal rail development and other public infrastructure improvements. The following generally outlines the proposed expenditures and capital items relating to said expenditures:

**Airport Improvements**:
Construction of a new air traffic control tower, widening of existing runways, relocation and construction of new fuel tanks and additional on-airport improvements include the construction of up to four aircraft hangars, including any refinancing costs associated with short term debt.

**Municipal Utilities**:
Victorville Municipal Utility Services will purchase and install power generating equipment for the production of power and thermal bi-products for energy consumers at SCLA. Proceeds will also be used to fund the land acquisition and professional services necessary to obtain a permit from the State of California to build a 500 mega-watt, combined cycle power plant with a renewable energy component.

**Inter-modal Rail Development**:
To facilitate the ultimate build out of an inter-modal rail facility for the Burlington Northern Santa Fe Railroad (BNSF), the Authority will fund civil engineering, right of way acquisition, mass grading, rail installation and roadway improvements.

**Public Improvements**:
Roadway improvements include Innovation Way, Aerospace Blvd, George Blvd, Eagle, Nevada and "A" Streets. Underground improvements include sewer, water, reclaimed water, drainage, electric, gas, telephone and cable television. Above ground improvements include traffic signals and streetlights.

**Building Demolition**:
To include the demolition of existing commercial structures at SCLA that are no longer suitable for commercial uses due to physical obsolescence. Costs associated with building demolition also include abatement costs and public utility upgrades.

Ackerman Decl. ISO KND Remedies Exhibit 5 Page 27

# EXHIBIT 6

May 31, 2009

# KND Affiliates, LLC

Page 1

## Balance Sheet

June 2008
ASSETS

| | | |
|---|---:|---:|
| Current Assets: | | |
| 1st Pacific Bank / Checking | $55,789 | |
| B of A / Hanger Escrow Account | 1,548,131 | |
| B of A / Hanger Libor Account | 5,258,894 | |
| Accounts Receivable | 428,527 | |
| | | |
| TOTAL Current Assets | | $7,291,341 |
| | | |
| Fixed Assets: | | |
| Hanger 1 | 10,694,460 | |
| Hanger 2 | 15,833,369 | |
| Hanger 3 | 12,143,130 | |
| Hanger 4 | 13,458,943 | |
| Deluge System | 2,983,312 | |
| Accumulated Depreciation | (2,347,334) | |
| | | |
| TOTAL Fixed Assets | | 52,765,879 |
| | | |
| TOTAL ASSETS | | $60,057,220 |

LIABILITIES

| | | |
|---|---:|---:|
| Current Liabilities: | | |
| Income Taxes Payable | $3,200 | |
| Accounts Payable | 1,029,475 | |
| Note Payable - City of Victorville | 60,377,880 | |
| | | |
| TOTAL Current Liabilities | | $61,410,555 |
| | | |
| TOTAL LIABILITIES | | 61,410,555 |

EQUITY

| | | |
|---|---:|---:|
| Owners Equity | (1,400) | |
| Earnings Retained in Business | (833,633) | |
| Year-to-Date Earnings | (518,301) | |
| | | |
| TOTAL EQUITY | | (1,353,335) |
| | | |
| TOTAL LIABILITIES & EQUITY | | $60,057,220 |

Ackerman Decl. ISO KND Remedies Exhibit 6 Page 29

31-Dec-1 | KND Affiliates, LLC
Trial Balance
riod: Sunday, January 01, 2006 through Sunday, December 31, 2006)
Sorted By: Posting Date, Reference Number, Description

| Account # / Reference No. / Description | | Date | Debits | Credits | Balance |
|---|---|---|---|---|---|
| A/P MULVIHIL | Invoice: 12/31/06 / Hangar 2 | 31-Dec | | 7598.7 | |
| A/P NORCO DO | Invoice: 1287 / Hangar 4 | 31-Dec | | 22531.5 | |
| A/P NU ACOUS | Check: CK001084 | 31-Dec | 9107.1 | | |
| A/P NU ACOUS | Check: CK001085 | 31-Dec | 4079.64 | | |
| A/P NU ACOUS | Check: CK001086 | 31-Dec | 5027.46 | | |
| A/P NU ACOUS | Void: CK001084 | 31-Dec | | 9107.1 | |
| A/P PPC AIR | Check: CK001080 | 31-Dec | 26250 | | |
| A/P PTL ELEC | Check: CK001081 | 31-Dec | 23220 | | |
| A/P PTL ELEC | Invoice: 12/31/06 / Hangar 2 | 31-Dec | | 31152.49 | |
| A/P SDR CONS | Invoice: 12/31/06 - H2 / Hangar 2 | 31-Dec | | 11921.4 | |
| A/P SDR CONS | Invoice: 12/31/06 / Hangar 3 | 31-Dec | | 11235.66 | |
| A/P SHANKS E | Check: CK001082 | 31-Dec | 22950 | | |
| A/P SHANKS E | Check: CK001091 | 31-Dec | 7986.98 | | |
| A/P SHANKS E | Check: CK001092 | 31-Dec | 1764.28 | | |
| A/P SHANKS E | Check: CK001093 | 31-Dec | 92196.24 | | |
| A/P SHANKS E | Invoice: 12/31/06 - H3 / Hangar 3 | 31-Dec | | 99255.54 | |
| A/P SHANKS E | Invoice: 12/31/06 / Hangar 2 | 31-Dec | | 9049.5 | |
| A/P TOM SARG | Invoice: 12/31/06 - H3 / Hangar 3 | 31-Dec | | 380 | |
| A/P TOM SARG | Invoice: 12/31/06 / Hangar 2 | 31-Dec | | 2196 | |
| A/P VICTORVI | Invoice: 01/26/07 - CREDIT / Credit Int. Prom Nt | 31-Dec | 413960.33 | | |
| A/P WILLIAM | Check: CK001083 | 31-Dec | 39150 | | |

**** Period Tota    24994588.55              -957208.91
25951797.46

**2301** **Note Payable - Landmark Bank**

| | | | | | |
|---|---|---|---|---|---|
| A/P LANDMARK | Invoice: 02/21/06 / Feb Loan Pymt | 21-Feb | 100000 | | |
| GEN 18 | To correct bank debit discrepency | 23-Mar | 33.1 | | |
| A/P LANDMARK | Invoice: 03/23/06 / Final Loan Pymt | 23-Mar | 59550.09 | | |
| GEN 03/23/06 | To correct discrepency | 28-Mar | 0.09 | | |

**** Period Tota    159583.28             0    159583.28

| 2302 Note Payable - City of Victorville | | | | |
|---|---|---|---|---|
| GEN 23 | Wire-in - Victorville | 1-Aug | | 5000000 |
| GEN 23 | Wire-in - Victorville | 1-Aug | | 5000000 |
| GEN 24 | Wire-in - Victorville | 18-Aug | | 6000000 |
| GEN 24 | Wire-in - Victorville | 18-Aug | | 6200000 |
| GEN 33 | Wire-in - Victorville | 9-Nov | | 9900000 |

Ackerman Decl. ISO KND Remedies Exhibit 6 Page 30

31-Dec-11 KND Affiliates, LLC
Trial Balance
riod: Sunday, January 01, 2006 through Sunday, December 31, 2006
Sorted By: Posting Date, Reference Number, Description

| Account # / Reference No. / Description | | | Date | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| | GEN 34 | (split trans) | | | | |
| | | Wire-in - Victorville | 9-Nov | | 5877880 | |
| | | (split trans 2nd part) | | | | |
| **** Period Tota | | 0 | | -37977880 | | |
| 37977880 | | | | | | |
| 3800 | Owners Equity | | | | | |
| | GEN 125 | Distribution to Jeff Kinsell | 31-Dec | | 100000 | |
| | GEN 164 | Reclass distr to JJK | 31-Dec | 100000 | | |
| **** Period Tota | 100000 | | 100000 | | 0 | |
| 4020 | Management Revenue | | | | | |
| | GEN 17 | N/R/Income Dep - CPC | 17-Mar | | 21615.63 | |
| | GEN 26 | Dep - EVLC | 27-Oct | | 22301.53 | |
| | GEN 32 | Dep - EVLC | 28-Nov | | 8271.18 | |
| | GEN 45 | Dep - HMC | 8-Dec | | 47189.39 | |
| | GEN 46 | Dep - HMC | 15-Dec | | 21440.52 | |
| **** Period Tota | | 0 | 120818.25 | -120818.25 | | |
| 5150 | General Conditions | | | | | |
| | A/P A-1 PORT | Invoice: 08/18/06 / Hanger 1 | 8-Aug | 3117.67 | | |
| | A/P ADS SECU | Invoice: 08/08/06 / 8/8/2006 | 8-Aug | 5760 | | |
| | A/P CBS AVIA | Invoice: 08/14/06 / Hangars 1 & 2 | 14-Aug | 3000000 | | |
| | A/P C3 RESOU | Invoice: 08/16/06 / Hangars 1 & 2 | 16-Aug | 900 | | |
| | A/P DC & ASS | Invoice: 08/16/06 / Hangars 1 & 2 | 16-Aug | 45 | | |
| | A/P EAST VAL | Invoice: 08/16/06 / Hangars 1 & 2 | 16-Aug | 15000 | | |
| | A/P JE MILLE | Invoice: 08/16/06 / Hangars 1 & 2 | 16-Aug | 1272 | | |
| | A/P JEM IND | Invoice: 08/16/06 / Hangars 1 & 2 | 16-Aug | 31565 | | |
| | A/P JEM IND | Invoice: 08/18/06 / Hangars 1 & 2 | 16-Aug | 5470 | | |
| | A/P JEM IND | Void: 08/16/06 | 16-Aug | | 31565 | |
| | A/P KLEINFEL | Invoice: 08/16/06 / Hangars 1 & 2 | 16-Aug | 68972.4 | | |
| | A/P KNUDSEN- | Invoice: 08/16/06 / Hangars 1 & 2 | 16-Aug | 69258.48 | | |
| | A/P LABOR RE | Invoice: 08/16/06 / Hangars 1 & 2 | 16-Aug | 779.6 | | |
| | A/P TIGERBRA | Invoice: 08/16/06 / Hangars 1 & 2 | 16-Aug | 66500 | | |

Ackerman Decl. ISO KND Remedies Exhibit 6 Page 31

31-Dec-11 KND Affiliates, LLC
Trial Balance
riod: Monday, January 01, 2007 through Monday, December 31, 2007)
Sorted By: Posting Date, Reference Number, Description

| Account # / Reference No. / Description | | | Date | Debits | Credits | Balance |
|---|---|---|---|---|---|---|
| | | 100% RETENTION | | | | |
| | A/P V'VILLE | Invoice: 19834 / H3 - 100% RETENTION | 31-Dec | | 12506 | |
| | A/P VP BUILD | Invoice: 12/31/07 / Hangar 1 | 31-Dec | | 1735.02 | |
| | A/P WALLACE | Invoice: 12/31/07 - H3 / H3 - 100% RETENTION | 31-Dec | | 27804.36 | |
| | A/P WALLACE | Invoice: 12/31/07 - H4 / H4 - 100% RETENTION | 31-Dec | | 27804.37 | |
| | A/P WARREN C | Invoice: 3293 / Hangar 4 - RETENTION | 31-Dec | | 852 | |
| | A/P WARREN C | Invoice: 3294 / Hangar 3 - RETENTION | 31-Dec | | 1783.5 | |
| | A/P WILLIAM | Invoice: 12/31/07 - H3 / H3 - 100% RETENTION | 31-Dec | | 41015.32 | |
| **** Period Tota | 28348337.18 | | | | -1631097.1 | |
| 29979434.28 | | | | | | |
| | 2302 Note Payable - City of Victorville | | | | | |
| | GEN 85 | Wire in - Victorville - split transaction | 23-Apr | | 9000000 | |
| | GEN 86 | Wire in Victorville - split transaction | 23-Apr | | 3000000 | |
| **** Period Tota | 0 | | | | -12000000 | |
| 12000000 | | | | | | |
| | 2450 Other Liabilities | | | | | |
| | A/P SCLAA | Invoice: DEC RENT / So Cal Aviation | 31-Jan | 16373.7 | | |
| | A/P SCLAA | Invoice: NOV RENT / So Cal Aviation | 31-Jan | 16373.7 | | |
| | GEN 127 | Reclass Other Liab to Accrued Liab | 1-Jul | | 32747.4 | |
| **** Period Tota | 32747.4 | 32747.4 | 0 | | | |
| | 4010 Rental Income | | | | | |
| | GEN 216 | To Accrue VAL Rent Receivable | 31-Dec | | 428527 | |
| **** Period Tota | 0 | 428527 | -428527 | | | |
| | 4020 Management Revenue | | | | | |
| | GEN 55 | Deposit - BofA xfer, So Cal Av Rent, EVLC | 19-Jan | | 8271.18 | |
| | GEN 60 | Reversing entry to reflect period close timing | 31-Jan | | 55391.99 | |
| | GEN 60 | Reverse: 60, 1/31/2007 Reversing entry to reflect period close timing | 1-Feb | 55391.99 | | |

Ackerman Decl. ISO KND Remedies Exhibit 6 Page 32

31-Dec-11 KND Affiliates, LLC
Trial Balance
od: Tuesday, January 01, 2008 through Wednesday, December 31, 2008)
Sorted By: Posting Date, Reference Number, Description

| Account # / Reference No. / Description | | Date | Debits | Credits | Balance |
|---|---|---|---|---|---|
| A/P GARDA | Check: CK001949 | 23-Dec | 199.75 | | |
| A/P GOLDEN S | Check: CK001950 | 23-Dec | 300.00 | | |
| A/P HMC CONS | Check: CK001951 | 23-Dec | 64,676.78 | | |
| A/P HOLDINGS | Handcheck: CK007943 | 23-Dec | 64,200.00 | | |
| A/P HOLDINGS | Invoice: 12/23/08 / Note Payable | 23-Dec | | 64,200.00 | |
| A/P KLEINFEL | Check: CK001952 | 23-Dec | 1,236.23 | | |
| A/P PTL ELEC | Check: CK001953 | 23-Dec | 2,135.00 | | |
| A/P SHANKS E | Check: CK001954 | 23-Dec | 720.00 | | |
| A/P WALLACE | Check: CK001955 | 23-Dec | 6,000.00 | | |
| A/P LBBS LLP | Invoice: 654824 / Legal | 31-Dec | | 13,124.02 | |
| **** Period Tot    9887520.9 | | | 7312338.91 | 2575181.99 | |

| 2302 Note Payable - City of Victorville | | | | | |
|---|---|---|---|---|---|
| GEN 207 | Wire-in Victorville - Split 1 | 29-Feb | | 5,000,000.00 | |
| GEN 208 | Wire-in Victorville - Split 2 | 29-Feb | | 5,400,000.00 | |
| **** Period Tot      0 10400000 | | | -10400000 | | |

| 3800 Owners Equity | | | | | |
|---|---|---|---|---|---|
| GEN 343 | to reclass draws | 31-Dec | 10,000.00 | | |
| **** Period Tot    10000 | | | 0 | 10000 | |

| 4010 Rental Income | | | | | |
|---|---|---|---|---|---|
| GEN 194 | Dep - VAL, HMC | 18-Jan | | 66,709.75 | |
| GEN 205 | Dep - HMC, So Cal Av | 8-Feb | | 32,747.40 | |
| GEN 219 | Dep - VAL Feb Rent | 7-Mar | | 66,709.25 | |
| GEN 229 | Wire-in So Cal Av - 3/06-3/07, 3/08, 4/08, Interest | 25-Apr | | 327,474.00 | |
| GEN 293 | Accrue VAL Rent Jan - Aug | 1-Oct | | 541,681.00 | |
| GEN 280 | Dep - Victorville Aerospace LLC | 14-Oct | | 137,422.00 | |
| GEN 302 | Dep - VAL Rent | 19-Nov | | 66,634.00 | |
| GEN 317 | Dep - VAL | 12-Dec | | 68,711.00 | |
| **** Period Tot      0 | | | 1308088.4 | -1308088.4 | |

| 4020 Management Revenue | | | | | |
|---|---|---|---|---|---|
| GEN 194 | Dep - VAL, HMC | 18-Jan | | 24,466.13 | |
| GEN 205 | Dep - HMC, So Cal Av | 8-Feb | | 5,975.70 | |
| GEN 220 | Dep HMC | 18-Mar | | 72,120.24 | |
| **** Period Tot      0 | | | 102562.07 | -102562.07 | |

| 4055 Interest Income | | | | | |
|---|---|---|---|---|---|
| GEN 195 | Libor Interest | 31-Jan | | 4,285.33 | |

Ackerman Decl. ISO KND Remedies Exhibit 6 Page 33

# EXHIBIT 7

## EVLC/HMC 2% REBATE FEES PAID TO KND

| Type | Date | Num | Memo | Account | Split | Debit | Credit | Source |
|------|------|-----|------|---------|-------|-------|--------|--------|
| **KND (Vendor)** | | | | | | | | |
| Check | 10/16/2006 2566 | | | 100 · City National Bank | 641 · Project Coordination Rebates | | 21,796.22 | East Valley | 21,796.22 |
| Check | 10/16/2006 2569 | | | 100 · City National Bank | 641 · Project Coordination Rebates | | 505.31 | East Valley | 22,301.53 |
| Check | 11/22/2006 2590 | | Through 10/31/06 | 100 · City National Bank | 641 · Project Coordination Rebates | | 8,271.18 | East Valley | 30,572.71 |
| Check | 12/18/2006 2616 | | Through 11/30/06 | 100 · City National Bank | 641 · Project Coordination Rebates | | 8,271.18 | East Valley | 38,843.89 |
| Check | 01/25/2007 2659 | | Through 12/31/06 | 100 · City National Bank | 641 · Project Coordination Rebates | | 13,807.35 | East Valley | 52,651.24 |
| Check | 01/26/2007 2665 | | Hanger 1 through 10/31/06 | 100 · City National Bank | 641 · Project Coordination Rebates | | 252.66 | East Valley | 52,903.90 |
| Check | 03/21/2007 2774 | | Rebate of 2/28/07 payment | 100 · City National Bank | 641 · Project Coordination Rebates | | 6,018.06 | East Valley | 58,921.96 |
| Check | 03/27/2007 2776 | | Rebate of 1/31/07 payment | 100 · City National Bank | 641 · Project Coordination Rebates | | 302.13 | East Valley | 59,124.09 |
| Check | 03/27/2007 2777 | | Rebate of Final Payment | 100 · City National Bank | 641 · Project Coordination Rebates | | 5,462.86 | East Valley | 64,586.95 |
| Check | 03/27/2007 2778 | | Rebate of 1/31/07 Payment | 100 · City National Bank | 641 · Project Coordination Rebates | | 6,714.41 | East Valley | 71,301.36 |
| | | | | | | | 71,301.36 | East Valley Total |
| | | | | | | | | |
| Bill Pmt | 11/16/2006 2521 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 47,189.39 | HMC Management | 118,490.75 |
| Check | 12/13/2006 2033 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 21,440.52 | HMC Management | 139,931.27 |
| Bill Pmt | 03/01/2007 2584 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 25,258.28 | HMC Management | 165,189.55 |
| Bill Pmt | 03/02/2007 2071 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 56,288.15 | HMC Management | 221,477.70 |
| Bill Pmt | 03/28/2007 2095 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 42,828.13 | HMC Management | 264,305.83 |
| Bill Pmt | 05/16/2007 2154 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 30,670.68 | HMC Management | 294,974.41 |
| Bill Pmt | 06/16/2007 2202 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 37,855.98 | HMC Management | 332,830.39 |
| Bill Pmt | 07/03/2007 2214 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 46,035.37 | HMC Management | 378,865.76 |
| Bill Pmt | 08/21/2007 2283 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 23,714.82 | HMC Management | 402,580.58 |
| Bill Pmt | 10/01/2007 2341 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 26,909.60 | HMC Management | 429,490.18 |
| Bill Pmt | 11/22/2007 2394 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 42,834.96 | HMC Management | 472,325.14 |
| Bill Pmt | 12/19/2007 2497 | | | 3000 · Accounts Payable | | | 24,466.13 | HMC Management | 496,791.27 |
| Check | 01/28/2009 2540 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 72,120.24 | HMC Management | 568,911.51 |
| Check | 01/03/2009 2505 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 56,333.34 | HMC Management | 625,244.85 |
| Check | 03/04/2009 2520 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 25,686.67 | HMC Management | 650,931.52 |
| Check | 04/03/2009 2530 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 32,438.37 | HMC Management | 683,349.89 |
| Check | 04/03/2009 2531 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 2,905.00 | HMC Management | 686,154.89 |
| Check | 07/02/2009 EFT | | | 1020 · City National Bank | 3000 · Accounts Payable | | 13,000.00 | HMC Management | 699,154.89 |
| Check | 09/18/2009 11125 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 32,000.00 | HMC Management | 729,154.89 |
| EFT | 01/04/2010 EFT | | | 1020 · City National Bank | 2000 · Accounts Payable | | 12,833.34 | HMC Management | 741,988.23 |
| EFT | 02/04/2010 EFT 2937 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 12,833.34 | HMC Management | 754,821.57 |
| EFT | 03/04/2010 EFT 2938 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 12,833.33 | HMC Management | 767,654.90 |
| EFT | 4/2/10 EFT 2940 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 12,833.33 | HMC Management | 780,488.23 |
| EFT | 4/9/10 EFT 2941 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 7,099.00 | HMC Management | 787,587.23 |
| EFT | 5/4/10 EFT 2942 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 20,000.00 | HMC Management | 807,587.23 |
| EFT | 6/4/10 EFT 2943 | | | 1020 · City National Bank | 2000 · Accounts Payable | | 12,833.33 | HMC Management | 820,420.56 |
| EFT | 7/2/10 EFT | | | 1020 · City National Bank | 2000 · Accounts Payable | | 12,833.34 | HMC Management | 833,253.90 |
| EFT | 8/2/10 EFT | | | 1020 · City National Bank | 2000 · Accounts Payable | | 12,833.34 | HMC Management | 846,087.24 |
| EFT | 8/2/110 EFT | | | 1020 · City National Bank | 2000 · Accounts Payable | | 16,000.00 | HMC Management | 862,087.24 |
| EFT | 10/4/10 EFT | | | 1020 · City National Bank | 2000 · Accounts Payable | | 3,903.10 | HMC Management | 865,990.34 |
| | | | | | | | 794,688.98 | HMC Management Total |
| | | | | | | | **865,990.34** | **Grand Total** |

31-Dec-11 KND Affiliates, LLC
Trial Balance
od: Tuesday, January 01, 2008 through Wednesday, December 31, 2008)
Sorted By: Posting Date, Reference Number, Description

| Account # / Reference No. / Description | | Date | Debits | Credits |
|---|---|---|---|---|
| 4010 | Rental Income | | | |
| GEN 194 | Dep - VAL, HMC | 18-Jan | | 66709.75 |
| GEN 205 | Dep - HMC, So Cal Av | 8-Feb | | 32747.4 |
| GEN 219 | Dep - VAL Feb Rent | 7-Mar | | 66709.25 |
| GEN 229 | Wire-in So Cal Av - 3/06-3/07, 3/08, 4/08, Interest | 25-Apr | | 327474 |
| GEN 293 | Accrue VAL Rent Jan - Aug | 1-Oct | | 541681 |
| GEN 280 | Dep - Victorville Aerospace LLC | 14-Oct | | 137422 |
| GEN 302 | Dep - VAL Rent | 19-Nov | | 66634 |
| GEN 317 | Dep - VAL | 12-Dec | | 68711 |
| **** Period | 0 | | 1308088.4 | -1308088.4 |
| | | | | |
| 4020 | Management Revenue | | | |
| GEN 194 | Dep - VAL, HMC | 18-Jan | | 24466.13 |
| GEN 205 | Dep - HMC, So Cal Av | 8-Feb | | 5975.7 |
| GEN 220 | Dep HMC | 18-Mar | | 72120.24 |
| **** Period | 0 | | 102562.07 | -102562.07 |
| | | | | |
| 4055 | Interest Income | | | |
| GEN 195 | Libor Interest | 31-Jan | | 4285.33 |
| GEN 210 | Libor Interest | 29-Feb | | 1598.37 |
| GEN 222 | Libor Interest | 31-Mar | | 16391.66 |
| GEN 229 | Wire-in So Cal Av - 3/06-3/07, 3/08, 4/08, Interest | 25-Apr | | 21715.56 |
| GEN 231 | Libor Interest | 30-Apr | | 13525.12 |
| GEN 238 | Libor Interest | 31-May | | 10891.29 |
| GEN 246 | Libor interest | 30-Jun | | 9479.04 |
| GEN 260 | Libor Interest | 31-Jul | | 8314.55 |
| GEN 266 | Libor Interest | 31-Aug | | 7739.61 |
| GEN 276 | Libor Interest | 30-Sep | | 9209.89 |
| GEN 283 | Libor Interest | 31-Oct | | 13023.28 |
| GEN 305 | Libor Interest | 30-Nov | | 4207.05 |
| GEN 320 | Libor Interest | 31-Dec | | 1544.06 |
| **** Period | 0 | | 121924.81 | -121924.81 |
| | | | | |
| 5150 | General Conditions | | | |
| GEN 198 | Reclass to H2 | 31-Jan | | 159872.79 |
| GEN 199 | Reclass to H3 | 31-Jan | | 13945.3 |
| A/P HMC CONS | Invoice: 01/31/08 - H1 / H1 - 99% complete | 31-Jan | 10498.27 | |
| A/P HMC CONS | Invoice: 01/31/08 - H2 | 31-Jan | 39951.4 | |

# EXHIBIT 8

SEC v. City of Victorville, et al.                              **Schedule 1**
KND Affiliates
Disbursements to Owners and Officers and Other Businesses Owned by Mr. Kinsell (2006-2011)
(Based on the Cash Accounts on the General Ledgers of KND Affiliates)



Source: KND Affiliates, LLC General Ledgers [Exhibit 691 and (KNDA) KND00135520(1).xls]

SEC v. City of Victorville, et al.                                                    Schedule 1.1
KND Affiliates, LLC
Disbursements to Owners and Officers and Other Businesses Owned by Mr. Kinsell (2006-2011)
(Based on the Cash Accounts On the General Ledgers of KND Affiliates)

| Item | G/L Date | G/L Acct. # | G/L Account Name | G/L Ref. No. | G/L Description | Recipient | G/L Amount |
|---|---|---|---|---|---|---|---|
| 1 | 06/30/08 | 1015 | B of A / Hanger Escrow Account | GEN 253 | Wire out to KND - JJK | KND | 20,000 |
| 2 | 10/24/08 | 1015 | B of A / Hanger Escrow Account | GEN 282 | Wire out KND - JJK Time | KND | 75,000 |
| 3 | 12/17/08 | 1015 | B of A / Hanger Escrow Account | GEN 319 | Wire out - KND | KND | 67,000 |
| 4 | 01/16/09 | 1015 | B of A / Hanger Escrow Account | GEN 331 | Wire out KND | KND | 125,000 |
| 5 | 02/19/09 | 1015 | B of A / Hanger Escrow Account | GEN 340 | Wire out KND | KND | 96,924 |
| 6 | 03/06/09 | 1015 | B of A / Hanger Escrow Account | GEN 356 | Wire out KND | KND | 175,000 |
| 7 | 04/22/09 | 1015 | B of A / Hanger Escrow Account | GEN 370 | Wire out - KND | KND | 145,500 |
| 8 | 05/11/09 | 1015 | B of A / Hanger Escrow Account | GEN 374 | Wire out - KND | KND | 76,840 |
| 9 | 06/15/09 | 1015 | B of A / Hanger Escrow Account | GEN 390 | Wire out - KND | KND | 96,426 |
| 10 | 06/29/09 | 1015 | B of A / Hanger Escrow Account | GEN 394 | Wire out KND | KND | 106,000 |
| 11 | 07/17/09 | 1015 | B of A / Hanger Escrow Account | GEN 402 | Wire out KND | KND | 147,000 |
| 12 | 07/30/09 | 1015 | B of A / Hanger Escrow Account | GEN 403 | Wire out KND | KND | 275,000 |
| 13 | 10/28/09 | 1015 | B of A / Hanger Escrow Account | GEN 431 | Wire out - KND | KND | 88,000 |
| 14 | 12/17/09 | 1015 | B of A / Hanger Escrow Account | GEN 452 | Wire out to KND | KND | 106,000 |
| | | | | | | KND | 1,599,690 |
| | | | | | | | |
| 15 | 10/30/07 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK196689 | KND Holdings | 25,401 |
| 16 | 06/30/08 | 1015 | B of A / Hanger Escrow Account | GEN 254 | Wire out to Holdings - member distribution | KND Holdings | 100,000 |
| 17 | 07/14/08 | 1015 | B of A / Hanger Escrow Account | GEN 259 | Wire out - Holdings (JJK & PDN Dist) | KND Holdings | 50,000 |
| 18 | 09/17/08 | 1010 | 1st Pacific Bank / Checking | A/P HOLDINGS | Check: CK001900 | KND Holdings | 16,970 |
| 19 | 10/20/08 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK006279 | KND Holdings | 114,090 |
| 20 | 11/26/08 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK060062 | KND Holdings | 75,000 |
| 21 | 12/05/08 | 1010 | 1st Pacific Bank / Checking | A/P HOLDINGS | Check: CK001945 | KND Holdings | 15,598 |
| 22 | 12/12/08 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK002946 | KND Holdings | 76,000 |
| 23 | 12/23/08 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK007943 | KND Holdings | 64,200 |
| 24 | 01/14/09 | 1015 | B of A / Hanger Escrow Account | GEN 330 | Wire out - KND Holdings | KND Holdings | 62,000 |
| 25 | 01/29/09 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK006825 | KND Holdings | 26,000 |
| 26 | 02/12/09 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK001321 | KND Holdings | 94,000 |
| 27 | 02/26/09 | 1015 | B of A / Hanger Escrow Account | GEN 341 | Wire out - Holdings | KND Holdings | 107,000 |
| 28 | 03/11/09 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK009907 | KND Holdings | 85,672 |
| 29 | 03/30/09 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK003424 | KND Holdings | 72,754 |
| 30 | 04/14/09 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK000001 | KND Holdings | 60,000 |
| 31 | 05/28/09 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK005741 | KND Holdings | 99,441 |
| 32 | 05/31/09 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK005773 | KND Holdings | 17,076 |

1 of 2

Ackerman Decl. ISO KND Remedies Exhibit 8 Page 39

SEC v. City of Victorville, et al.                                                     Schedule 1.1

**KND Affiliates, LLC**
**Disbursements to Owners and Officers and Other Businesses Owned by Mr. Kinsell (2006-2011)**
**(Based on the Cash Accounts On the General Ledgers of KND Affiliates)**

| Item | G/L Date | G/L Acct. # | G/L Account Name | G/L Ref. No. | G/L Description | Recipient | G/L Amount |
|------|----------|-------------|------------------|--------------|-----------------|-----------|-----------|
| 33 | 06/12/09 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK009164 | KND Holdings | 81,200 |
| 34 | 07/14/09 | 1015 | B of A / Hanger Escrow Account | GEN 401 | Wire out - KND Holdings | KND Holdings | 40,601 |
| 35 | 08/31/09 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK002290 | KND Holdings | 100,000 |
| 36 | 09/22/09 | 1015 | B of A / Hanger Escrow Account | GEN 426 | Wire in - Holdings | KND Holdings | (100,000) |
| 37 | 10/14/09 | 1015 | B of A / Hanger Escrow Account | GEN 428 | Wire out - Holdings | KND Holdings | 128,000 |
| 38 | 10/29/09 | 1015 | B of A / Hanger Escrow Account | GEN 432 | Wire out - Holdings | KND Holdings | 54,000 |
| 39 | 04/13/11 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK031249 | KND Holdings | 10,209 |
| 40 | 07/14/11 | 1015 | B of A / Hanger Escrow Account | A/P HOLDINGS | Handcheck: CK018782 | KND Holdings | 17,667 |
| | | | | | | **KND Holdings** | **1,492,877** |
| 41 | 09/21/06 | 1010 | 1st Pacific Bank / Checking | A/P KINSELL | Check: CK001003 | Kinsell | 159,399 |
| 42 | 03/28/07 | 1015 | B of A / Hanger Escrow Account | A/P KINSELL | Handcheck: CK002344 | Kinsell | 157,700 |
| 43 | 11/21/08 | 1010 | 1st Pacific Bank / Checking | A/P KINSELL | Check: CK001936 | Kinsell | 10,000 |
| 44 | 01/14/09 | 1010 | 1st Pacific Bank / Checking | A/P KINSELL | Check: CK001956 | Kinsell | 30,000 |
| 45 | 07/24/09 | 1010 | 1st Pacific Bank / Checking | A/P KINSELL | Check: CK002006 | Kinsell | 26,969 |
| 46a | 10/15/10 | 1015 | B of A / Hanger Escrow Account | GEN 478 | Wire out - Ronald Neil Rothenberg (JJK) | Kinsell | 25,000 [1] |
| 46b | 10/15/10 | 1015 | B of A / Hanger Escrow Account | GEN 477 | Wire in - CPC | Kinsell | (6,000) [1] |
| | | | | | | **Kinsell** | **403,068** |
| 47 | 02/29/08 | 1010 | 1st Pacific Bank / Checking | A/P NEWCOMB | Check: CK001800 | Newcomb | 217,100 |
| 48 | 04/14/09 | 1015 | B of A / Hanger Escrow Account | GEN 369 | Wire out - P Newcomb | Newcomb | 26,969 |
| | | | | | | **Newcomb** | **244,069** |
| 49 | 09/21/06 | 1010 | 1st Pacific Bank / Checking | A/P BISHOP | Check: CK001002 | Bishop / IPG | 8,389 |
| 50 | 12/15/06 | 1010 | 1st Pacific Bank / Checking | A/P BISHOP | Check: CK001061 | Bishop / IPG | 8,000 |
| 51 | 01/31/07 | 1010 | 1st Pacific Bank / Checking | A/P IPG | Check: CK001154 | Bishop / IPG | 9,000 |
| 52 | 05/28/09 | 1010 | 1st Pacific Bank / Checking | A/P IPG | Check: CK001995 | Bishop / IPG | 4,200 |
| | | | | | | **Bishop / IPG** | **29,589** |

Source: KND Affiliates, LLC's General Ledger [Exhibit 691 and (KNDA) KND00135520(1).xls]                    **$ 3,769,293**

*Note:*
[1] Based on www.healthgrades.com. Ronald Neil Rothenberg is an MD in Encinitas, CA. Based on Affiliates' G/L entries on 10/15/10, Affiliates disbursed $25,000 to Dr. Rothenberg, but only charged $19,000 to "Health & Medical Exp" (G/L account 8175) likely because of a $6,000 wire transfer from "CPC" (another Kinsell entity) on the same day conceivably to cover a portion of the $25,000 payment.

2 of 2

# EXHIBIT 9

**SEC v. City of Victorville, et al.**
**KND Entities**
**Management Revenue Recognition [1]**

Schedule 9.2

| Item | Entity | Date | Account | Account Name | Ref No. | G/L Description | Amount |
|---|---|---|---|---|---|---|---|
| 1 | KND Affiliates, LLC | 10/27/06 | 4020 | Management Revenue | GEN 26 | Dep - EVLC | $22,302 |
| 2 | KND Affiliates, LLC | 11/28/06 | 4020 | Management Revenue | GEN 32 | Dep - EVLC | $8,271 |
| 3 | KND Affiliates, LLC | 12/08/06 | 4020 | Management Revenue | GEN 45 | Dep - HMC | $47,189 |
| 4 | KND Affiliates, LLC | 12/15/06 | 4020 | Management Revenue | GEN 46 | Dep - HMC | $21,441 |
| 5 | KND Affiliates, LLC | 01/19/07 | 4020 | Management Revenue | GEN 55 | Deposit - BofA xfer, SoCal Av Rent, EVLC | $8,271 |
| 6 | KND Affiliates, LLC | 02/02/07 | 4020 | Management Revenue | GEN 62 | Dep - EVLS, EVLC, SoCal Av | $13,807 |
| 7 | KND Affiliates, LLC | 02/02/07 | 4020 | Management Revenue | GEN 62 | Dep - EVLS, EVLC, SoCal Av | $253 |
| 8 | KND Affiliates, LLC | 02/09/07 | 4020 | Management Revenue | GEN 63 | Dep - HMC | $25,258 |
| 9 | KND Affiliates, LLC | 03/09/07 | 4020 | Management Revenue | GEN 69 | HMC | $56,288 |
| 10 | KND Affiliates, LLC | 04/09/07 | 4020 | Management Revenue | GEN 84 | Dep - So Cal Av, EVLC | $18,397 |
| 11 | KND Affiliates, LLC | 04/13/07 | 4020 | Management Revenue | GEN 82 | Dep - HMC | $42,826 |
| 12 | KND Affiliates, LLC | 05/25/07 | 4020 | Management Revenue | GEN 91 | Dep - HMC | $30,671 |
| 13 | KND Affiliates, LLC | 07/06/07 | 4020 | Management Revenue | GEN 115 | Dep - HMC | $83,891 |
| 14 | KND Affiliates, LLC | 08/31/07 | 4020 | Management Revenue | GEN 138 | Dep HMC | $23,715 |
| 15 | KND Affiliates, LLC | 10/31/07 | 4020 | Management Revenue | GEN 155 | Dep - HMC | $26,910 |
| 16 | KND Affiliates, LLC | 11/29/07 | 4020 | Management Revenue | GEN 168 | Dep HMC | $42,835 |
| 17 | KND Affiliates, LLC | 01/18/08 | 4020 | Management Revenue | GEN 194 | Dep - VAL, HMC | $24,466 |
| 18 | KND Affiliates, LLC | 02/08/08 | 4020 | Management Revenue | GEN 205 | Dep - HMC, So Cal Av | $5,976 |
| 19 | KND Affiliates, LLC | 03/18/08 | 4020 | Management Revenue | GEN 220 | Dep HMC | $72,120 |
| | **KND Affiliates, LLC, Subtotal** | | | | | | **$574,887** |
| | | | | | | | |
| 20 | Kinsell, Newcomb & DeDios, Inc | 12/01/08 | 4051 | Consulting/Misc Income | GEN 1775 | Reclass Affiliates Reimb to Misc Inc | $75,000 |
| 21 | Kinsell, Newcomb & DeDios, Inc | 12/17/08 | 4051 | Consulting/Misc Income | GEN 1774 | Wire in - Affiliates | $67,000 |
| 22 | Kinsell, Newcomb & DeDios, Inc | 01/16/09 | 4051 | Consulting/Misc Income | GEN 1782 | Wire in - Affiliates | $125,000 |
| 23 | Kinsell, Newcomb & DeDios, Inc | 02/19/09 | 4051 | Consulting/Misc Income | GEN 1809 | Affiliates | $96,924 |
| 24 | Kinsell, Newcomb & DeDios, Inc | 03/06/09 | 4051 | Consulting/Misc Income | GEN 1833 | Affiliates | $175,000 |
| 25 | Kinsell, Newcomb & DeDios, Inc | 04/22/09 | 4051 | Consulting/Misc Income | GEN 1859 | Affiliates | $145,500 |
| 26 | Kinsell, Newcomb & DeDios, Inc | 05/01/09 | 4051 | Consulting/Misc Income | GEN 1878 | Affiliates | $76,840 |
| 27 | Kinsell, Newcomb & DeDios, Inc | 06/15/09 | 4051 | Consulting/Misc Income | GEN 1911 | Wire in - Affiliates | $96,426 |
| 28 | Kinsell, Newcomb & DeDios, Inc | 06/29/09 | 4051 | Consulting/Misc Income | GEN 1912 | Wire in - Affiliates | $106,000 |
| 29 | Kinsell, Newcomb & DeDios, Inc | 07/17/09 | 4051 | Consulting/Misc Income | GEN 1939 | Wire in - Affiliates | $147,000 |
| 30 | Kinsell, Newcomb & DeDios, Inc | 07/30/09 | 4051 | Consulting/Misc Income | GEN 1940 | Wire in - Affiliates | $275,000 |

1 of 2

**SEC v. City of Victorville, et al.**
**KND Entities**
**Management Revenue Recognition [1]**

Schedule 9.2

| Item | Entity | Date | Account | Account Name | Ref No. | G/L Description | Amount |
|------|--------|------|---------|--------------|---------|-----------------|--------|
| 31 | Kinsell, Newcomb & DeDios, Inc | 10/28/09 | 4051 | Consulting/Misc Income | GEN 2014 | Affiliates | $88,000 |
| 32 | Kinsell, Newcomb & DeDios, Inc | 12/17/09 | 4051 | Consulting/Misc Income | GEN 2057 | Affiliates | $106,000 |
| | **Kinsell, Newcomb & DeDios, Inc, Subtotal** | | | | | | **$1,579,690** |
| | | | | | | | |
| 33 | KND Holdings, Inc. | 10/30/07 | 4012 | Management Income | GEN 602 | Affiliates | $25,401 |
| 34 | KND Holdings, Inc. | 09/19/08 | 4012 | Management Income | GEN 776 | Dep - Affiliates | $16,970 |
| 35 | KND Holdings, Inc. | 12/08/08 | 4012 | Management Income | GEN 822 | Dep - Gomez Affiliates, AVF | $15,598 |
| 36 | KND Holdings, Inc. | 06/01/09 | 4012 | Management Income | GEN 5560 | Wire in Affiliates | $17,076 |
| 37 | KND Holdings, Inc. | 04/13/11 | 4012 | Management Income | GEN 5937 | Dep - Affiliates | $10,209 |
| 38 | KND Holdings, Inc. | 07/14/11 | 4012 | Management Income | GEN 5994 | Wire in - Affiliates | $17,667 |
| | **KND Holdings, Inc., Subtotal** | | | | | | **$102,919** |
| | **GRAND TOTAL** | | | | | | **$2,257,497** |

[1] Source Trial Balances: (KND Holdings) KND00136685.xls, (KND) KND00136702.xls, and (KNDA) KND00135520.xls

2 of 2