| | | | |
|---|---|---|---|
| Case No. | ED CV13-00776 JAK (KKx) | Date | December 3, 2018 |
| Title | Securities and Exchange Commission v. City of Victorville, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Phyllis Preston |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Amy J. Longo<br>Donald W. Searless | Shaun M. Murphy |

**Proceedings:** **PLAINTIFFS' MOTION FOR INJUNCTIVE AND MONETARY RELIEF AGAINST DEFENDANTS KINSELL, NEWCOMB & DEDIOS, INC. AND JEFFREY KINSELL (DKT. 610)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant in part and deny in part Plaintiffs' Motion for Injunctive and Monetary Relief Against Defendants Kinsell, Newcomb & Dedios, Inc. and Jeffrey Kinsell (the "Motion"). Counsel address the Court. The Motion is taken **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

| | : | 61 |
|---|---|---|
| Initials of Preparer | ak | |