DONALD W. SEARLES, Cal Bar. No. 135705
Email: searlesd@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katherine E. Zoladz, Regional Director
Gary Y. Leung, Associate Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## Western Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF VICTORVILLE, et al.,<br><br>　　　　Defendants. | Case No. 5:13-cv-00776-JAK-DTB<br><br>**NOTICE OF MOTION AND MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT JEFFREY KINSELL IMPOSING MONETARY RELIEF AND ORDER DISMISSING DEFENDANT KINSELL, NEWCOMB & DEDIOS, INC.**<br><br>Date:　　June 3, 2024<br>Time:　　8:30 a.m.<br>Ctrm:　　10B<br>Judge:　　Hon. John A. Kronstadt |

      PLEASE TAKE NOTICE THAT on June 3, 2024, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable John A. Kronstadt, Courtroom 10B, 350 W. First Street, Los Angeles, California 90012, Plaintiff Securities and Exchange Commission will and hereby does move the Court for entry of a final judgment against Defendant Jeffrey Kinsell, imposing monetary relief, and an order of dismissal against Defendant Kinsell, Newcomb & DeDios, Inc.

      This motion is made following the conference of counsel pursuant to Local Rule 7-3 that took place on February 1, 2024.

      This motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, together with the files and records of this entire case and any evidence and/or argument that may be adduced at a hearing held by the Court on this motion.

Dated: April 23, 2024

Respectfully submitted,

*/s/ Donald W. Searles*
Donald W. Searles
Attorney for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

    U.S. SECURITIES AND EXCHANGE COMMISSION,
    400 S. Flower Street, Suite 900, Los Angeles, California 90071
    Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On April 23, 2024 I caused to be served the document entitled **NOTICE OF MOTION AND MOTION OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT JEFFREY KINSELL IMPOSING MONETARY RELIEF AND ORDER DISMISSING DEFENDANT KINSELL, NEWCOMB & DEDIOS, INC.** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: April 23, 2024         */s/ Donald W. Searles*
                                            Donald W. Searles

*SEC v. City of Victorville, et al.*
**United States District Court—Central District of California**
**Case No. 5:13-cv-00776-JAK-DTB**

**<u>SERVICE LIST</u>**

Shaun M. Murphy
Slovak Baron Empey Murphy & Pinkney, LLP
1800 E. Tahquitz Canyon Way
Palm Springs, CA 92262
murphy@sbemp.com
*Attorneys for Defendants Jeffrey Kinsell and Kinsell Newcomb & DeDios (KND)*

Randall S. Polcyn
Randall S. Polcyn Attorney at Law
5855 Carnegie Street
San Diego, CA 92122
randall.polcyn@gmail.com
*Attorneys for Defendants Jeffrey Kinsell and Kinsell Newcomb & DeDios (KND)*