# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>CITY OF VICTORVILLE, et al.,<br><br>      Defendants. | No. 5:13-CV-00776-JAK (DTBx)<br><br>**FINAL JUDGMENT**<br><br>**JS-6** |

**JUDGMENT IS HEREBY ENTERED** as follows:

Defendants Kinsell, Newcomb & DeDios, Inc. ("KND") and Jeffrey Kinsell ("Kinsell") are dismissed from this action. Accordingly, this entire action is now dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: July 03, 2024

_____

John A. Kronstadt
United States District Judge

1